IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TEAMSTERS LOCAL UNION
NUMBER 96, affiliated with the
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS,
2120 Bladensburg Rd., N.E., # 106
Washington, D.C. 20018

        Plaintiff,

v.                                       Case No. _____

WASHINGTON GAS LIGHT COMPANY,
6601 Industrial Rd.
Springfield, VA 22151

        Defendant.

### RULE 7.1 DISCLOSURE

I, the undersigned, counsel of record for Washington Gas Light Company ("Washington Gas"), certify that to the best of my knowledge and belief, the following constitutes the parent companies, subsidiaries or affiliates of Washington Gas that have any outstanding securities in the hands of the public:

    WGL Holdings, Inc., parent, a public utility holding company.

                                        Respectfully submitted,

                                        Robert L. Clayton (D.C. Bar No. 961474)
                                        Karen L. Vossler (D.C. Bar No. 476522)
                                        Mintz, Levin, Cohn, Ferris, Glovsky, and
                                        Popeo, LLC
                                        701 Pennsylvania Ave, N.W.
                                        Washington, D.C. 20004
                                        Tel: 202-434-7300
                                        Fax: 202-434-7400

                                        Counsel for Defendant Washington Gas

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 16th day of May 2006, a true and accurate copy of the foregoing was mailed via first-class mail postage pre-paid and by facsimile to:

>Mark J. Murphy
>Mooney, Green, Baker & Saindon, P.C.
>1920 L Street, N.W., Suite 400
>Washington, D.C. 20036
>(202) 783-6088 (fax)

>_____
>Karen L. Vossler

WDC 385481v.1
WDC 386254v.1