UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEAMSTERS LOCAL UNION NUMBER 96, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-0928 (ESH) ) ) |
| WASHINGTON GAS LIGHT COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

The above-captioned case was originally filed in the Superior Court for the District of Columbia on April 13, 2006 and was removed to federal court on May 16, 2006. It is hereby

**ORDERED** that defendant Washington Gas Light Company show cause by May 29, 2006 why this case should not be remanded to Superior Court for want of a federal question, as plaintiff's state law enforcement action does not appear to require construing a collective-bargaining agreement, *see Lingle v. Norge Division of Magic Chef, Inc.*, 486 U.S. 399 (1988);

**FURTHER ORDERED** that plaintiff Teamsters Local Union Number 96 may file a reply to defendant's response by June 8, 2006.

                                                                            s/
                                         ELLEN SEGAL HUVELLE
                                         United States District Judge

Date: May 19, 2006