## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**TEAMSTERS LOCAL UNION**
**NUMBER 96, affiliated with the**
**INTERNATIONAL BROTHERHOOD OF**
**TEAMSTERS,**
**2120 Bladensburg Rd., N.E., # 106**
**Washington, D.C. 20018**


                            Plaintiff,

**v.**                                      **Case No. 1:06-cv-928 (ESH)**

**WASHINGTON GAS LIGHT COMPANY,**
**6601 Industrial Rd.**
**Springfield, VA 22151**

                            Defendant.

_____

### ORDER

Upon consideration of Defendant Washington Gas Light Company's Motion to

Dismiss and its Memorandum of Points and Authorities in Support of Motion to Dismiss,

and any opposition thereto, it is hereby:

ORDERED that Defendant's Motion to Dismiss is GRANTED; and it is further

ORDERED that Plaintiff Teamsters Local Union Number 96's Application to

Confirm And Enforce Arbitration Award is dismissed.


Entered this _____ day of _____, 2006.



                                    _____
                                    Ellen Segal-Huevelle
                                    United States District Court Judge,
                                         District of Columbia