

**Washington Gas**

101 Constitution Avenue, NW
Washington, DC 20080
www.washingtongas.com
Facsimile (202) 624-6012
platimer@washgas.com
Direct Dial (202) 624-6686

September 21, 2005

**Via Fax and Regular Mail**
Mark J. Murphy, Esquire
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, NW, Suite 400
Washington, DC 20036

Dear Mr. Murphy:

This letter is to inform you that, in accordance with Article XVIII, Section 16 (a) of the Labor Contract, Washington Gas is exercising its contractual right to strike Salvatore J. Arrigo from the panel of arbitrators. Accordingly, the Company is removing the arbitration hearing currently set for September 29 and 30 from its calendar. I will contact you to reschedule this matter for hearing as soon as a new arbitrator is selected.

This action reduces the number of arbitrators on the panel to four (4). As noted in the Labor Contract, the parties need to select replacements for Mr. Arrigo and other arbitrators that have either resigned or been previously removed by the parties in order to restore the panel size to nine (9). Mr. Stephen J. Savage, Department Head – Labor Relations, is available to discuss with a representative of Local No. 96, the selection of arbitrators to restore the panel to the number of arbitrators contemplated in the Labor Contract.

Sincerely,

L. Patrice Latimer

pc: Arbitrator S. J. Arrigo
    S. J. Savage