IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 96, affiliated with the INTERNATIONAL BROTHERHOOD OF TEAMSTERS, 2120 Bladensburg Road, N.E., #106 Washington, D.C. 20018<br><br>    Plaintiff,<br><br>  v.<br><br>WASHINGTON GAS LIGHT COMPANY 6601 Industrial Road Springfield, VA 22151<br><br>    Defendant. | Civil Action No. 06-0928(ESH) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

  Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7(h) of the United States District Court for the District of Columbia, Plaintiff Teamsters Local Union No. 96 (the "Union"), by and through its undersigned counsel, hereby moves this Court to enter an Order granting the Union's Motion for Summary Judgment and confirming its Application to Confirm and Enforce the Arbitration Award. In conjunction with this Motion, the Union submits its Memorandum of Points and Authorities in Support of its Motion For Summary Judgment. A proposed order is also attached for the Court's convenience.

  Plaintiff respectfully requests that its Motion for Summary Judgment be granted.

        Respectfully submitted,


        _____/s/ Mark J. Murphy_____
        Mark J. Murphy, Bar No. 453060
        Marc L. Wilhite
        Mooney, Green, Baker & Saindon, P.C.
        1920 L Street, N.W., Suite 400
        Washington, DC 20036
        (202) 783-0010
        (202) 783-6088 - fax

        Counsel for Teamsters Local Union Number 96

Date:   June 8, 2006