IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 96,<br>affiliated with the INTERNATIONAL<br>BROTHERHOOD OF TEAMSTERS,<br>2120 Bladensburg Road, N.E., #106<br>Washington, D.C. 20018<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON GAS LIGHT COMPANY<br>6601 Industrial Road<br>Springfield, VA 22151<br><br>　　　　　Defendant. | Civil Action No. 06-0928 (ESH) |

## ORDER

Having considered Plaintiff's Motion for Summary Judgment and any opposition thereto and response in support thereof, it is this ___ day of June, 2006 hereby **ORDERED** as follows:

1.　Plaintiff's Motion for Summary Judgment is **GRANTED**; and

2.　Plaintiff's Application to Confirm and Enforce the Arbitration Award issued by Salvatore J. Arrigo, dated December 31, 2005, is **GRANTED**; and

3.　Defendant is ordered to offer to all employees removed from the Inspector classifications the opportunity to accept reinstatement to their previous Inspector positions without loss of seniority or any other benefit and be made whole; and

4.　Defendant is further ordered to stop diverting traditional Inspector work to supervisory positions and return the traditional Inspector work to the Inspectors; and

5. Defendant shall pay all attorneys' fees related to enforcing the Arbitration Award and all costs in this action after a proper accounting is submitted to the Court; and

6. The Court shall retain jurisdiction of this case pending Defendant's compliance with this Order.

                                                  ELLEN SEGAL HUVELLE
                                                  United States District Judge

Date:   June __, 2006

Copies to:

Mark J. Murphy
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036

Robert L. Clayton
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, LLC
701 Pennsylvania Ave., N.W.
Washington, D.C. 20004