# 2004-2007
# LABOR CONTRACT

between

## Washington Gas Light Company


and


## Teamsters Local 96

Effective June 2, 2004

# LABOR CONTRACT
## Washington Gas Light Company
## and
## Teamsters Local 96

# TABLE OF CONTENTS

| | | Page |
|---|---|---|
| Recitals | | |
| Article I | Union Recognition | 1 |
| Article II | Union Membership, Checkof | 2 |
| Article III | Union Activity | 5 |
| Article IV | Strikes, Lockouts, etc | 12 |
| Article V | Functions of Management | 14 |
| Article VI | Seniority | 20 |
| Article VII | Hours of Work and Overtime | 34 |
| Article VIII | Work Force Flexibility | 40 |
| Article IX | Wages/Job Evaluation | 41 |
| Article X | Vacations | 49 |
| Article XI | Holidays and Personal Days | 53 |
| Article XII | Long and Faithful Service | 57 |
| Article XIII | Family Medical Leave | 58 |
| Article XIV | Dress Code and Uniforms | 59 |
| Article XV | Prohibition on Foreman Working | 60 |
| Article XVI | Notice of Changes in Classification | 61 |
| Article XVII | Supervisory Chart | 61 |
| Article XVIII | Procedure for Adjusting Controversies | 61 |
| Article XIX | Matters/Issues Not Subject to Grievance or Arbitration | 73 |
| Article XX | Amendments, Waivers and Government Regulations | 73 |

i

| | | |
|---|---|---|
| Article XXI | Safety | 74 |
| Article XXII | Employee Benefits | 76 |
| Article XXIII | Outside Contract Work | 77 |
| Article XXIV | Special Allowances | 78 |
| Article XXV | Funeral Leave | 80 |
| Article XXVI | Duration, Reopening and Renewal | 81 |
| Article XXVII | Identity of Parties and Complete Agreement (Zipper Clause) | 81 |
| Annex AG | Attendance Guidelines | 84 |
| Annex B | Union Checkoff Authorization | 85 |
| Annex D1 | WG/DOT Drug and Alcohol Testing Policy (effective 6/1/04 through 12/31/05 only) | 87 |
| Annex D2 | WG/DOT "Zero Tolerance" Drug and Alcohol Testing Policy (effective 1/1/06) | 92 |
| Annex DA | Disciplinary Action Guidelines | 96 |
| Annex DH | Meter Reading "Dispatch from Home" Pilot Program | 99 |
| Annex EF | Emergency Flexibility | 101 |
| Annex FT | 4 Day — 10 Hour Work Schedule | 104 |
| Annex LA | Layoff Allowance | 105 |
| Annex PR | Personal Responsibility Policy | 106 |
| Annex ROE | ROE Eligibility Criteria | 107 |
| Annex STBY | Standby Program | 108 |
| Annex THV | Take Home Vehicles Program (THVP) | 113 |
| Annex WSB | Employee Request for Modification of Start Time/Shift and Waiver of Shift Bonus | 121 |

Annex W          Wage Rates effective upon
                 ratification                      123
Annex W-1        Wage Rates as of June 1, 2005     124
Annex W-2        Wage Rates as of June 1, 2006     125
Annex ZC         Zipper Clause                     126
Job Classifications                                129
Index                                              137

## ARTICLE XVI
## Notice of Changes in Classification

The Company will notify the Secretary-Treasurer of the Union and the Head Shop Steward of any changes in the classification or pay of any member of the Union at the time such change is made.

## ARTICLE XVII
## Supervisory Chart

The Company will post on each business unit bulletin board and on the Washington Gas Intranet the supervisory chart applicable to that business unit. Such chart will show the names of the complete supervisory force.

## ARTICLE XVIII
## Procedure for Adjusting Controversies

1. (a) It is considered by the parties that all grievances should be presented promptly, discussed without delay and answered within a reasonable time. A grievance is defined as a violation of a specific term(s) or provision(s) of this Contract or a past practice as recognized and enumerated in Annex ZC to this contract. It is also considered that grievances should be settled amicably whenever possible at the levels where the greatest familiarity with the subject matter exists. Subject to the terms set forth below, any individual employee, group of employees or either party shall have the right to present grievances and to have them considered for adjustment, provided any adjustments are not inconsistent with the terms of this Contract and a Union representative has been given an opportunity to at-

tend as provided in this procedure. Therefore, it is agreed that all grievances, except safety-related grievances and job evaluation grievances, shall be subject to the following grievance procedure. The procedure for safety-related grievances is set forth in Article XXI of this Contract and the procedure for job evaluation grievances is set forth in Article IX.

(b) Each party agrees to honor the request of the other party for discovery of information and data that is relevant to the proceeding and which may facilitate a mutually satisfactory resolution of the grievance. All data requests shall be in writing. The party receiving such request shall respond to such request as soon as reasonably possible. All time limits in this Article shall be suspended for not more than 10 days upon receipt of such a written request. Provided, however, that when a party makes a request for data which is voluminous or otherwise not readily retrievable (e.g., archived documents or records) the time limits hereunder shall be suspended for not more than thirty (30) days. All data requests made by the Union shall be delivered to the Department Head, Labor Relations. Requests made by the Company shall be delivered to the President of the Union. The time limits of this Article may be further suspended for a party making a data request, at the written election of that party, for up to ten (10) additional days following receipt of that data to review such data sent by the party responding to such request. The parties recognize that this provision shall not be applied in a manner inconsistent with the Union's legal duty of fair representation. Nothing in this Section precludes either party from pursuing an issue regarding an information request at the Na-

tional Labor Relations Board. All deadlines in this Article shall be suspended pending the Board's determination of any charge.

(c) The grievance may be freely amended in writing between steps. However, no claim may be presented or argued and no remedy may be sought in arbitration without such claim/remedy having been first discussed at step 2 in this procedure.

(d) Each grievance must be numbered by the Union noting the calendar year in which the grievance is filed and the number of each grievance as follows: e.g., 00-1, 00-2, etc. The grievance must also be dated and signed by the aggrieved employee or an authorized Union representative.

(e) For purposes of this Article, the term "work days" shall be defined as Monday through Friday.

2. Any employee who believes that he/she has a grievance shall, within thirty (30) calendar days (within five (5) work days in discharge cases) after the cause of the grievance is alleged or known to have taken place, discuss it informally with his/her immediate supervisor. The employee may have a Shop Steward present during the discussion. (In discharge cases, a Head Shop Steward or Union officer shall be present.) The supervisor shall, within three (3) workdays after the discussion, notify the employee and steward in writing that the grievance is denied or granted. The supervisor may resolve the grievance in a manner consistent with the terms of this contract. In such cases, the Union shall be given the opportunity to be present at the meeting when the grievance is resolved.

When the Union reasonably believes that the grievance cannot be effectively presented at the informal step, it may bypass the informal step and, in such cases, the Union shall file a written grievance as a "step 1" grievance within the time limits set forth in Section 2 of this Article. Grievances initiated by the Union itself may be presented by any designated Union representative.

3. The written grievance shall explain, in plain language, (1) the specific claim(s) the Union is making, including the relevant facts surrounding the grievance; (2) the specific Labor Contract provisions that the Union or the aggrieved employee feels were violated; and (3) the specific remedy or remedies the Union is seeking with respect to the grievance.

4. **Step 1** — If the supervisor's answer does not resolve the grievance, then, within five work days after having received the supervisor's answer, the Union, on the employee's behalf, shall file a written grievance on forms available from the Company or the Union. and one (1) copy shall be delivered to the appropriate department head and area head, and one (1) copy to the Department Head, Labor Relations. If the written grievance is not delivered to the appropriate area head or department head and to the Department Head, Labor Relations within the five work day period above, it shall be considered to have been withdrawn and shall not be further pursued by the grievant or the Union on the grievant's behalf.

5. Within five (5) work days of delivery of the written grievance as required by Section 4 above, the appropriate area head or department head, the grievant and the Presi-

dent of the Union or his designated representative shall meet to resolve the grievance. Within one (1) week after that meeting, the appropriate department head / area head shall deliver a written answer explaining his/her decision to the President of the Union, with a copy to the appropriate shop steward / union representative.

6. **Step 2** –– If the grievance is not resolved in Step 1, the Union shall, within five (5) work days after receipt of the written answer in Step 1, request in writing a meeting with the Vice President of the appropriate Business Unit to resolve the grievance. The Vice President shall meet with the grievant, the Union President and up to two union representatives designated by the Union President to resolve the grievance as soon as possible, but not later than seven work days after receiving the written request. Within seven (7) workdays after the meeting, the Vice-President shall give a written answer explaining his/her decision to the Union President. If the grievance is not resolved in Step 2, it may be taken to arbitration as provided in Sections 16 and 17 of this Article. The Department Head, Labor Relations shall continue to hear job evaluation grievances as "step 2" grievances.

7. **Grievance Meetings.** The Company will compensate, at the appropriate rate of pay, the aggrieved employee and one person designated by the Union for time spent handling grievances during regular working hours at step 1. The Company will compensate the aggrieved employee and up to two (2) representatives designated by the Union for time spent handling grievances during regular working hours at step 2. Whenever the Union alleges that a group (or more) of employees are aggrieved and the basis for

65

the grievance is substantially the same for all employees in the group, a committee of not more than three persons, (which may be modified by agreement of the Union and the Department Head, Labor Relations on a case-by-case basis) which shall include designated Union representative(s) and at least one of the employees from the aggrieved "group" of employees, shall be substituted for the words "employee," "grievant" or "aggrieved employee" wherever such words appear in the Procedure for Adjusting Controversies in this contract.

8. **Fees, Costs and Expenses Associated with Arbitration.** (a) Each party to an arbitration shall pay one half of the arbitrator's fee, the reporter's (including transcript preparation, if any) fee and any fee for the use of hotel (or other arbitration site) space and services. If only one party requests expedited preparation of the transcript, that party shall bear the entire portion of the cost for such expedited service. If the arbitration is held on the premises of the Company or the Union, the other party shall not incur any cost for the use of such premises. The parties agree that it is desirable to resolve grievances before arbitration where possible. To that end, the parties agree to meet at least thirty (30) days before the scheduled arbitration to discuss specifically a full and final settlement of the grievance.

(b) Any other cost, fee or expense of any kind incurred by either party in connection with any grievance or arbitration including, but not limited to, the cost/expense of any research or the calculation of alleged damages or back pay shall be paid solely by the party incurring such fee, cost or expense.

(c) The Company will not under any circumstances compensate the Union, any Union official, Union-eligible employee, agent for the Union or attorney representing the Union for time spent in preparation for any arbitration, the actual arbitration or any activities related to arbitration of grievances, including, but not limited to, post-arbitration activities related to any award or remedy ordered by the arbitrator except as provided under Section 17 (d) of this Article.

(d) If the arbitrator determines that either party acted in bad faith and engaged in egregious conduct which directly caused the grievance or that either party acted in bad faith and engaged in egregious conduct in advancing its position during the grievance procedure, the arbitrator may order that party to pay the full fee for the services of the arbitrator and the reporter and the costs for hotel space and services. If the arbitrator finds that both parties engaged in such conduct, then the provisions of Section 8(a) of this Article shall apply.

9. Discussion regarding grievances shall be conducted as far as practicable during the employee's working hours. The office of the Department Head, Labor Relations shall arrange, upon request by the designated Union representative, for employees to be excused to attend grievance meetings. All employees shall report to their supervisors upon returning to work. An employee representing himself or herself shall arrange to meet directly with his/her supervisor.

10. Grievances brought by the Union or grievances relating to matters which extend beyond a single Depart-

ment, Division, or Group may originate in the step of the grievance procedure where management authority to settle the matter exists, but no grievance may be taken to arbitration until it has been presented in Step 2.

11. It is agreed that the grievance procedure time limits may be modified at any time by written agreement of the President of the Union and the Department Head, Labor Relations when such action appears to be for good cause. Consent by either party to modify such time limits shall not be unreasonably withheld.

12. The Department Head, Labor Relations and the Union may designate others to perform the tasks described in this Article. In such cases, the Union and/or the Company shall inform each other of such designees.

13. Grievances brought by the Company shall be in writing and shall be mailed or delivered by the Company to the Union President within 15 (fifteen) days after the cause of the grievance is alleged or known to have taken place. The Department Head, Labor Relations and the President of the Union shall meet in person or by telephone within 10 days after the Company's written grievance is received at the office of the President of the Union. Within one (1) week after the meeting or telephone call, the President of the Union shall give the Department Head, Labor Relations a written determination explaining his/her decision of the Company's grievance. If the grievance is not resolved to the Company's satisfaction, the Department Head, Labor Relations shall, within fifteen (15) calendar days of receiving the written determination, give the President of the Union a written notice of intent to arbi-

trate and a request to select an arbitrator. Thereafter, the procedures stated in Sections 16 and 17 of this Article shall be followed with respect to the arbitration of the Company's grievance.

14. The grievance procedure is applicable to all Union-eligible employees in the bargaining unit, provided, however, that terminations of any probationary employee during the first 10 months of continuous service shall not be the subject of a grievance.

15. (a) Failure to comply with the time limit provisions of this Article by any grievant or Union representative shall bar the grievant and the Union from further pursuing the grievance in question. Failure to comply with the time limit provisions of this Article by Management representatives shall permit the grievance to be advanced to the next Step of the grievance procedure.

(b) Failure by the Company to comply with the time limits in Section 13 with respect to a Company grievance shall bar the Company from further pursuing such grievance. Failure by the Union to comply with Section 13 time limits shall permit the Company's grievance to go directly to arbitration.

16. (a) If a Company or Union grievance is not settled within the time limits stated in this Article or otherwise as prescribed herein, the aggrieved party shall give the other party, within fifteen (15) days of the receipt of the written determination of the grievance after step two, a written notice of intent to arbitrate and a request to select an impartial arbitrator. Such selections shall be made from the panel of arbitrators by alphabetical order. However, no ar-

bitrator may hear two cases in a row. For a grievance that it is permitted to proceed to arbitration because of one party's failure to comply with a time limit, a written notice of intent to arbitrate and a request to select an impartial arbitrator shall be given by the other party within fifteen (15) calendar days of the deadline that was not met.

The Company shall not be liable for any damages, including, but not limited to, back pay for any period of delay in scheduling an arbitration, selecting an arbitrator or other delay, caused directly or indirectly by the grievant or by the Union.

In discharge cases, any arbitrator selected must be available to hear the case within 45 days, if possible, of his/her selection. If an arbitrator's schedule does not so permit, the next arbitrator whose schedule does so permit, in alphabetical order, shall be selected. If no arbitrator can hear a discharge case within 45 days, then the earliest available arbitrator shall hear the case.

A panel of nine (9) arbitrators shall be jointly compiled and agreed upon by the parties and shall be updated from time to time by mutual agreement. During the term of this Contract, either party may, for any reason, strike up to two (2) arbitrators from the panel of arbitrators. However, the parties shall make every reasonable effort to promptly replace any arbitrator removed from the panel under this Section.

(b) A representative of each party shall confer within three (3) workdays after the written notice of intent to arbitrate is received by the non-aggrieved party, to identify the

impartial arbitrator to be selected by alphabetical order. The arbitration shall then be scheduled for a date and time as soon thereafter as convenient to the schedules of the parties and the impartial arbitrator.

17. (a) The arbitrator shall have jurisdiction and authority to interpret and apply the provisions of this Labor Contract only to the extent necessary to determine and decide the grievance. The arbitrator shall not have jurisdiction or authority to alter, extend, modify or in any way change the provisions of this Labor Contract or to consider any claim not raised during the grievance procedure or to impose or fashion any remedy inconsistent with or specifically prohibited by this Contract or any remedy not sought by the grievant/aggrieved party or Union during the grievance procedure. Further, the arbitrator may apply (not interpret) federal and state laws, and regulations and requirements that may be imposed by regulatory agencies having jurisdiction over the Company.

The parties shall not be precluded from raising at arbitration any claim or seeking any remedy not previously discussed during the grievance procedure. However, in such cases, the arbitrator shall remand the matter to the final step of the grievance procedure for consideration and determination of such claim/remedy in accordance with this Article before the grievance may proceed to arbitration on such claim/remedy. In such cases, the party raising the new claim/remedy shall pay the arbitrator's fee for that day and, unless the grievance is resolved on remand, the arbitration shall resume at a time mutually convenient to the parties but in no case sooner than 1 week following the remand.

(b) In a job evaluation case, the arbitrator shall apply the "total compensation" standard in the local market (DC, MD, VA) as established in Article IX of this Contract (wages + value of benefits = total compensation). Further, the arbitrator shall judge whether the Company reasonably assigned a wage rate under the "total compensation" standard that comports with market standards for a job with comparable skills. The arbitrator may award only a wage grade and rate step as set forth in the wage rate schedule which appears in Annex W to this Contract. The arbitrator may not consider any market wage or benefit data at arbitration that was not presented to the Company by the Union or by the Company to the Union at the grievance meeting (see Article IX, Section 4).

(c) **Performance Appraisal Grievances.** Employees shall have the right to redress any grievances regarding their annual performance appraisals. Within 5 days after the employee receives an appraisal, the employee may grieve the appraisal by giving a written explanation of his/her grievance or disagreement with the appraisal on the appraisal form, stating in plain language the specific basis for such grievance. The employee shall then return the appraisal form to his/her supervisor and a copy of the appraisal will be sent by the Company to the Union office. Within 15 days after the employee grieves the appraisal, the employee shall meet with the appropriate department head to discuss and, if possible, resolve the grievance. If the grievance is not resolved at this meeting (or within one week of that meeting), the employee may, within 30 days after receiving the department head's answer, meet with the appropriate Business Unit Head to discuss and, if possible, resolve the grievance.

If the grievance is not resolved at this meeting (or within one week of that meeting) the matter shall be considered closed. There shall be no further recourse to the procedures for adjusting controversies and there shall be no arbitration of such grievance, unless the union contends that the overall rating for the appraisal has no basis in fact.

(d) The decision of the arbitrator shall be final and binding upon both parties and the employees involved. The parties acknowledge that either or both parties may seek review of the arbitrator's decision in court and may pursue all available remedies in such forum, including attorneys' fees and court costs.

## ARTICLE XIX
## Matters/Issues Not Subject to Grievance or Arbitration

During the life of this Agreement, or at the time of renewal or extension of this Agreement, basic wage rates, the normal workday and the normal workweek are not matters to be dealt with as grievances or complaints under Article XVIII, Procedure for Adjusting Controversies, and are not subject to arbitration.

## ARTICLE XX
## Amendments, Waivers and Government Regulations

1. **Amendments.** This Contract may be amended at any time. Any amendment (or other mid-term side agreement) hereto shall be in writing and shall be signed and dated by the Chief Executive Officer of the Company or his designee and by the President of the Union. Such amend-