UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TEAMSTERS LOCAL UNION NUMBER 96,** | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 06-0928 (ESH) <br> ) |
| **WASHINGTON GAS LIGHT CO.,** | ) <br> ) |
| Defendant. | ) <br> ) |

### ORDER

For the reasons stated in open court on this date, it is hereby

**ORDERED** that defendant's Motion to Dismiss [# 4] is **DENIED**; it is

**FURTHER ORDERED** that plaintiff's Motion for Summary Judgment [# 7] is **GRANTED**; it is

**FURTHER ORDERED** that plaintiff's Application to Confirm and Enforce the Arbitration Award is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff shall file an affidavit documenting attorney's fees and costs within two weeks of the date of this Order, and defendant will have ten days to file any objections thereto.

**SO ORDERED**.

                                                     _____ s/ _____
                                                     ELLEN SEGAL HUVELLE
                                                     United States District Judge

Date: June 29, 2006