IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 96,<br>affiliated with the INTERNATIONAL<br>BROTHERHOOD OF TEAMSTERS,<br>2120 Bladensburg Road, N.E., #106<br>Washington, D.C.  20018<br><br>                Plaintiff,<br>v.<br><br>WASHINGTON GAS LIGHT COMPANY,<br>6601 Industrial Road<br>Springfield, VA 22151<br><br>                Defendant. | Civil Action No. 06-0928 (ESH) |

**PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES AND COSTS**

Plaintiff Teamsters Local Union No. 96 ("Local 96" or "Union"), by and through counsel, hereby submits its application for attorneys' fees and costs in accordance with the Order of this Court dated June 29, 2006, and Federal Rule of Civil Procedure 54(d)(2).  In support of its application for attorneys' fees and costs, Local 96 states the following:

1. On April 13, 2006, Local 96 filed its Application to Confirm and Enforce the Arbitration Award ("Application to Confirm") with the District of Columbia Superior Court.  The Application to Confirm was filed pursuant to D.C. Code §§ 16-4310 and 16-4315.

2. On May 16, 2006, the Defendant removed the Application to Confirm to this Court, and on May 19, 2006 this Court, *sua sponte*, ordered that Defendant show cause why this case should not be remanded to the Superior Court for want of jurisdiction.

3. On May 23, 2006, the Defendant filed with this Court a Motion to Dismiss the Union's Application to Confirm, citing Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Thereafter, the Defendant also filed its response to the Court's Order to Show Cause on May 30, 2006.

4. On June 8, 2006, Local 96 filed its consolidated reply to the Court's Order to Show Cause and its Memorandum of Points and Authorities in Support of its Motion for Summary Judgment.

5. On June 19, 2006, Defendant filed its response in opposition to the Union's Motion for Summary Judgment.

6. On June 26, 2006, the Union filed its Reply to Defendant's opposition and provided further support for its Motion for Summary Judgment. That same day, the Court issued an Order setting a motions hearing for June 29, 2006 at 10:45 a.m.

7. The motions hearing was held on June 29, 2006. Both parties appeared and were represented by counsel. After brief oral argument on the outstanding motions, the Court issued a ruling from the bench denying Defendant's Motion to Dismiss and granting the Union's Motion for Summary Judgment. The Court further ruled that the Union's Application to Confirm be granted and stated that the Union was entitled to costs.

8. That same day, the Court issued an Order memorializing the bench ruling and provided the Union two weeks from the date of the Order to submit an

affidavit documenting the attorneys' fees and costs expended by the Union in order to confirm and enforce the underlying arbitration decision.

9. Accordingly, the Union requests attorneys' fees totaling $24,903. This figure represents the reasonable amount of attorneys' fees to which the Union is entitled having been forced to litigate this action in order to enforce a labor arbitration award issued pursuant to final and binding arbitration. The amount is calculated pursuant to the current "Laffey Matrix" created by the U.S. Attorney's Office for the District of Columbia, and reflects the presumptively reasonable hourly rate for attorneys' fees that the plaintiff may recover. This matrix is based on the hourly rates allowed by the District Court in <u>Laffey v. Northwest Airlines</u>, 572 F. Supp. 354 (D.D.C. 1983), <u>aff'd in part, rev'd in part on other grounds</u>, 746 F.2d 4 (D.C. Cir. 1984), <u>cert. denied</u>, 472 U.S. 1021 (1985). In support of this request, the Union has attached the Affidavit of Mark J. Murphy. <u>See</u> Exhibit 1.

10. The Union also requests the costs that it expended in order to confirm and enforce the underlying arbitration decision. The total costs are $145.02. Mr. Murphy's affidavit provides support for this request as well. <u>See</u> Exhibit 1.

                              Respectfully submitted,


                              _____/s/ Mark J. Murphy_____
                              Mark J. Murphy, Bar No. 453060
                              Marc L. Wilhite
                              Mooney, Green, Baker & Saindon, P.C.
                              1920 L Street, N.W., Suite 400
                              Washington, DC 20036
                              (202) 783-0010
                              (202) 783-6088 - fax

                              Counsel for Teamsters Local Union Number 96

Date:   July 13, 2006