---

Selection Criteria

Client (hand select)      Include: L96
Matter (hand select)      Include: Inspector Contractor; Inspector Contracts Complaint
Slip.Classification       Open
Slip.Date                 1/5/2006 - 6/30/2006
Slip.Transaction Ty       1 - 1

---

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | Performed by / Activity / Client / Matter | Units / DNB Time / Est. Time / Variance |
|---|---|---|
| 134759  TIME  1/5/2006  Billed  G:10000  2/9/2006  Telephone conference with P. Latimer re: arbitration hearing | MJM  Legal Services  L96  Inspector Contr | 0.20  0.00  0.00  0.00 |
| 128442  TIME  1/10/2006  Billed  G:70007  2/9/2006  Telephone conference with Bill Gibson re: inspector decision | MJM  Legal Services  L96  Inspector Contr | 0.30  0.00  0.00  0.00 |
| 128375  TIME  1/17/2006  Billed  G:70007  2/9/2006  Review letter from company re: compliance with award; telephone conference with Bill Gibson re: same | MJM  Legal Services  L96  Inspector Contr | 0.20  0.00  0.00  0.00 |
| 128481  TIME  1/31/2006  Billed  G:70007  2/9/2006  Research time limit for vacating arbitration decision | MJM  Legal Services  L96  Inspector Contr | 0.20  0.00  0.00  0.00 |
| 130463  TIME  3/6/2006  Billed  G:77009  4/18/2006  Conduct research re: statute of limitations, motion to compel | MLW  Legal Services  L96  Inspector Contr | 2.20  0.00  0.00  0.00 |
| 130464  TIME  3/7/2006  Billed  G:77009  4/18/2006  Research process for confirming arbitration awards in DC | MLW  Legal Services  L96  Inspector Contr | 2.10  0.00  0.00  0.00 |
| 130465  TIME  3/7/2006  Billed  G:77009  4/18/2006 | MLW  Legal Services  L96 | 2.30  0.00  0.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance |
|---|---|---|
| Review caselaw associated with vacating and confirming awards | Inspector Contr | 0.00 |
| 130466    TIME<br>3/8/2006<br>Billed       G:77009    4/18/2006<br>Review and analyze cases re: confirmation of an arbitration and vacating award, statute of limitations, fraud | MLW<br>Legal Services<br>L96<br>Inspector Contr | 3.20<br>0.00<br>0.00<br>0.00 |
| 131772    TIME<br>4/3/2006<br>Billed       G:77067    5/8/2006<br>Conference with MJM re: Statute of Limitations | MLW<br>Legal Services<br>L96<br>Inspector Contr | 0.20<br>0.00<br>0.00<br>0.00 |
| 132209    TIME<br>4/6/2006<br>Billed       G:77067    5/8/2006<br>Conference with MLW re: drafting of complaint to enforce arbitration decision | MJM<br>Legal Services<br>L96<br>Inspector Contr | 0.20<br>0.00<br>0.00<br>0.00 |
| 131794    TIME<br>4/8/2006<br>Billed       G:77067    5/8/2006<br>Begin to review facts and case history | MLW<br>Legal Services<br>L96<br>Inspector Contr | 1.70<br>0.00<br>0.00<br>0.00 |
| 131797    TIME<br>4/9/2006<br>Billed       G:77067    5/8/2006<br>Complete Facts portion of complaint re: grievance, motions, strike, arbitration | MLW<br>Legal Services<br>L96<br>Inspector Contr | 3.80<br>0.00<br>0.00<br>0.00 |
| 131796    TIME<br>4/9/2006<br>Billed       G:77067    5/8/2006<br>Begin to prepare grievance, history re: complaint | MLW<br>Legal Services<br>L96<br>Inspector Contr | 2.10<br>0.00<br>0.00<br>0.00 |
| 131813    TIME<br>4/10/2006<br>Billed       G:77067    5/8/2006<br>Complete initial draft of complaint | MLW<br>Legal Services<br>L96<br>Inspector Contr | 4.50<br>0.00<br>0.00<br>0.00 |
| 132210    TIME<br>4/10/2006<br>Billed       G:77067    5/8/2006<br>Review draft complaint and make revisions | MJM<br>Legal Services<br>L96<br>Inspector Contr | 1.40<br>0.00<br>0.00<br>0.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance |
|---|---|---|---|---|---|
| 132211<br>4/11/2006<br>Billed<br>Review and revise draft complaint | TIME<br><br>G:77067 | <br><br>5/8/2006 | | MJM<br>Legal Services<br>L96<br>Inspector Contr | 2.00<br>0.00<br>0.00<br>0.00 |
| 131803<br>4/12/2006<br>Billed<br>Research jurisdictional requirements re:<br>application to enforce | TIME<br><br>G:77067 | <br><br>5/8/2006 | | MLW<br>Legal Services<br>L96<br>Inspector Contr | 1.50<br>0.00<br>0.00<br>0.00 |
| 132212<br>4/12/2006<br>Billed<br>Review and revise complaint | TIME<br><br>G:77067 | <br><br>5/8/2006 | | MJM<br>Legal Services<br>L96<br>Inspector Contr | 0.50<br>0.00<br>0.00<br>0.00 |
| 131808<br>4/13/2006<br>Billed<br>Finalize Application for Enforcement of<br>Arbitration Award | TIME<br><br>G:77067 | <br><br>5/8/2006 | | MLW<br>Legal Services<br>L96<br>Inspector Contr | 2.10<br>0.00<br>0.00<br>0.00 |
| 133119<br>5/2/2006<br>Billed<br>Telephone conference with Company's<br>counsel re: request for extension of time | TIME<br><br>G:79016 | <br><br>6/16/2006 | | MJM<br>Legal Services<br>L96<br>Inspector Contr | 0.20<br>0.00<br>0.00<br>0.00 |
| 132637<br>5/3/2006<br>Billed<br>Review motion for enlargement of time | TIME<br><br>G:79016 | <br><br>6/16/2006 | | MLW<br>Legal Services<br>L96<br>Inspector Contr | 0.30<br>0.00<br>0.00<br>0.00 |
| 132638<br>5/3/2006<br>Billed<br>Outline arguments for oppostion to motion<br>for enlargement of time | TIME<br><br>G:79016 | <br><br>6/16/2006 | | MLW<br>Legal Services<br>L96<br>Inspector Contr | 0.70<br>0.00<br>0.00<br>0.00 |
| 132639<br>5/4/2006<br>Billed<br>Prepare opposition to motion for<br>enlargement of time | TIME<br><br>G:79016 | <br><br>6/16/2006 | | MLW<br>Legal Services<br>L96<br>Inspector Contr | 3.10<br>0.00<br>0.00<br>0.00 |
| 132640<br>5/4/2006<br>Billed<br>Prepare order re: opposition to Defendant's<br>Motion | TIME<br><br>G:79016 | <br><br>6/16/2006 | | MLW<br>Legal Services<br>L96<br>Inspector Contr | 0.40<br>0.00<br>0.00<br>0.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance |
|---|---|---|---|---|
| 133169<br>5/30/2006<br>Billed<br>Prepare and review response by Company to order to show cause | TIME<br><br>G:79016 | <br><br>6/16/2006 | MJM<br>Legal Services<br>L96<br>Inspector Contr | 1.00<br>0.00<br>0.00<br>0.00 |
| 134758<br>6/1/2006<br>Billed<br>Review and analyze employer's response to Inspector Contractor order to show cause; motion to dismiss | TIME<br><br>G:80017 | <br><br>7/13/2006 | MLW<br>Legal Services<br>L96<br>Inspector Contr | 1.70<br>0.00<br>0.00<br>0.00 |
| 133759<br>6/1/2006<br>Billed<br>Create outline re: response | TIME<br><br>G:80017 | <br><br>7/13/2006 | MLW<br>Legal Services<br>L96<br>Inspector Contr | 0.50<br>0.00<br>0.00<br>0.00 |
| 133997<br>6/2/2006<br>Billed<br>Prepare procedural position re: response to motion to dismiss | TIME<br><br>G:80017 | <br><br>7/13/2006 | MLW<br>Legal Services<br>L96<br>Inspector Contr | 0.80<br>0.00<br>0.00<br>0.00 |
| 134109<br>6/2/2006<br>Billed<br>Prepare arguments re: jurisdictional order to show cause | TIME<br><br>G:80017 | <br><br>7/13/2006 | MLW<br>Legal Services<br>L96<br>Inspector Contr | 4.00<br>0.00<br>0.00<br>0.00 |
| 133764<br>6/5/2006<br>Billed<br>Conduct research re: Summary Judgment Standard | TIME<br><br>G:80017 | <br><br>7/13/2006 | MLW<br>Legal Services<br>L96<br>Inspector Contr | 1.60<br>0.00<br>0.00<br>0.00 |
| 133766<br>6/5/2006<br>Billed<br>Continue to prepare argument re: Motion for Summary Judgment | TIME<br><br>G:80017 | <br><br>7/13/2006 | MLW<br>Legal Services<br>L96<br>Inspector Contr | 5.20<br>0.00<br>0.00<br>0.00 |
| 133769<br>6/6/2006<br>Billed<br>Edit and revise memorandum of points and authorities re: order to show cause and motion for summary judgment | TIME<br><br>G:80017 | <br><br>7/13/2006 | MLW<br>Legal Services<br>L96<br>Inspector Contr | 4.50<br>0.00<br>0.00<br>0.00 |
| 134361<br>6/7/2006<br>Billed | TIME<br><br>G:80017 | <br><br>7/13/2006 | MJM<br>Legal Services<br>L96 | 8.00<br>0.00<br>0.00 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance |
|---|---|---|
| Prepare reply to order to show cause and summary judgment motion | Inspector Contr | 0.00 |
| 133770         TIME<br>6/7/2006<br>Billed        G:80017    7/13/2006<br>Prepare statement of undisputed material facts re: motion for summary judgment | MLW<br>Legal Services<br>L96<br>Inspector Contr | 3.20<br>0.00<br>0.00<br>0.00 |
| 134009         TIME<br>6/8/2006<br>Billed        G:80017    7/13/2006<br>Revise and edit consolidated reply to court (order to show cause) | MLW<br>Legal Services<br>L96<br>Inspector Contr | 2.10<br>0.00<br>0.00<br>0.00 |
| 134011         TIME<br>6/8/2006<br>Billed        G:80017    7/13/2006<br>Revise and edit statement of undisputed facts | MLW<br>Legal Services<br>L96<br>Inspector Contr | 1.70<br>0.00<br>0.00<br>0.00 |
| 134363         TIME<br>6/8/2006<br>Billed        G:80017    7/13/2006<br>Prepare reply to show cause order and prepare summary judgment papers | MJM<br>Legal Services<br>L96<br>Inspector Contr | 4.00<br>0.00<br>0.00<br>0.00 |
| 133775         TIME<br>6/9/2006<br>Billed        G:80017    7/13/2006<br>File Motion for Summary Judgment pursuant to court direction | MLW<br>Legal Services<br>L96<br>Inspector Contr | 0.30<br>0.00<br>0.00<br>0.00 |
| 133774         TIME<br>6/9/2006<br>Billed        G:80017    7/13/2006<br>Telephone conference with court re: filing | MLW<br>Legal Services<br>L96<br>Inspector Contr | 0.20<br>0.00<br>0.00<br>0.00 |
| 134388         TIME<br>6/20/2006<br>Billed        G:80017    7/13/2006<br>Review response summary judgment filed by company | MJM<br>Legal Services<br>L96<br>Inspector Contr | 1.00<br>0.00<br>0.00<br>0.00 |
| 134014         TIME<br>6/20/2006<br>Billed        G:80017    7/13/2006<br>Conference with M. Nham re: Defendant's Response to Motion for Summary Judgment | MLW<br>Legal Services<br>L96<br>Inspector Contr | 0.30<br>0.00<br>0.00<br>0.00 |
| 134016         TIME<br>6/21/2006<br>Billed        G:80017    7/13/2006 | MLW<br>Legal Services<br>L96 | 0.50<br>0.00<br>0.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance |
|---|---|---|
| Review memorandum of points and authorities in opposition to motion for summary judgment | Inspector Contr | 0.00 |
| 133783  TIME<br>6/22/2006<br>Billed  G:80017  7/13/2006<br>Prepare initial draft of reply motion to defendant's opposition to our request for summary judgment | MLW<br>Legal Services<br>L96<br>Inspector Contr | 4.20<br>0.00<br>0.00<br>0.00 |
| 134408  TIME<br>6/23/2006<br>Billed  G:80017  7/13/2006<br>Review and revise reply brief | MJM<br>Legal Services<br>L96<br>Inspector Contr | 2.00<br>0.00<br>0.00<br>0.00 |
| 133787  TIME<br>6/23/2006<br>Billed  G:80017  7/13/2006<br>Revise intial draft re: arguments, citations | MLW<br>Legal Services<br>L96<br>Inspector Contr | 2.40<br>0.00<br>0.00<br>0.00 |
| 133785  TIME<br>6/23/2006<br>Billed  G:80017  7/13/2006<br>Read and analyze cases re: statute of limitations, out of time, affirmative defenses | MLW<br>Legal Services<br>L96<br>Inspector Contr | 1.50<br>0.00<br>0.00<br>0.00 |
| 134412  TIME<br>6/26/2006<br>Billed  G:80017  7/13/2006<br>Review and revise reply brief | MJM<br>Legal Services<br>L96<br>Inspector Contr | 4.00<br>0.00<br>0.00<br>0.00 |
| 134027  TIME<br>6/29/2006<br>Billed  G:80017  7/13/2006<br>Review order issued by the Court | MLW<br>Legal Services<br>L96<br>Inspector Contr | 0.10<br>0.00<br>0.00<br>0.00 |
| 134426  TIME<br>6/29/2006<br>Billed  G:80017  7/13/2006<br>Prepare for hearing | MJM<br>Legal Services<br>L96<br>Inspector Contr | 6.00<br>0.00<br>0.00<br>0.00 |
| 134427  TIME<br>6/29/2006<br>Billed  G:80017  7/13/2006<br>Attend hearing | MJM<br>Legal Services<br>L96<br>Inspector Contr | 2.00<br>0.00<br>0.00<br>0.00 |

Grand Total

Billable                98.20

| Slip ID | Performed by | Units |
| Dates and Time | Activity | DNB Time |
| Posting Status | Client | Est. Time |
| Description | Matter | Variance |
| | Unbillable | 0.00 |
| | Total | 98.20 |