7/13/2006  
4:17 PM                                    Slip Listing                                    Page     1

## Selection Criteria

| | |
|---|---|
| Client (hand select) | Include: L96 |
| Matter (hand select) | Include: Inspector Contractor; Inspector Contracts Complaint |
| Slip.Classification | Open |
| Slip.Date | 1/5/2006 - 6/30/2006 |
| Slip.Transaction Ty | 2 - 2 |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | | | | Performed by / Activity / Client / Matter | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|---|
| 134762 4/6/2006 Billed Lexis | EXP | G:10001 | 2/9/2006 | BJJ Lexis L96 Inspector Contr | 1 | 9.03 | 9.03 |
| 134760 4/12/2006 Billed Filing Fee | EXP | G:10001 | 2/9/2006 | BJJ Filing Fee L96 Inspector Contr | 1 | 120.00 | 120.00 |
| 134761 5/19/2006 Billed Transcripts | EXP | G:10001 | 2/9/2006 | BJJ Trancripts L96 Inspector Contr | 1 | 15.40 | 15.40 |
| 133257 5/31/2006 Billed Lexis | EXP | G:79016 | 6/16/2006 | BJJ Lexis L96 Inspector Contr | 1 | 0.59 | 0.59 |

Grand Total

| | | |
|---|---|---|
| Billable | 0.00 | 145.02 |
| Unbillable | 0.00 | 0.00 |
| Total | 0.00 | 145.02 |