IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 96, affiliated with the INTERNATIONAL BROTHERHOOD OF TEAMSTERS, 2120 Bladensburg Road, N.E., #106 Washington, D.C. 20018<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON GAS LIGHT COMPANY 6601 Industrial Road Springfield, VA 22151<br><br>Defendant. | Civil Action No. 06-0928(ESH) |

## AFFIDAVIT OF WILLIAM B. GIBSON IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE

I, William B. Gibson, under penalty of perjury, do hereby state the following:

1. I am the President and Principal Officer of Teamsters Local Union No. 96.

2. I have been involved in the underlying case, took part in the arbitration hearing and attended the hearing conducted by this Court on June 29, 2006. As such, I am fully aware of the facts and circumstances of this matter.

3. After this Court issued its June 29, 2006 Order confirming and enforcing the underlying arbitration decision, I attempted to contact the Company to obtain its compliance with the Award.

4. Towards that end, I left several voice mail messages for Stephen Savage, the Director of Labor Relations for Washington Gas. He did not respond to these

messages.

5. I also sent a letter to Mr. Savage dated July 17, 2006 demanding that the Company comply with the Court's June 29, 2006 Order. A copy of this letter is attached hereto as Exhibit 1. I then followed up with yet another voice mail to [what] Mr. Savage. On Thursday, July 20, 2006, Mr. Savage ~~left a voice mail message for~~ [spoke with] me, indicating only that he had forwarded the Union's July 17, 2006 compliance letter to the Office of General Counsel and that the individuals in that office were "considering the Company's options."

6. I have had no substantive discussion with anyone from Washington Gas concerning its compliance with this Court's June 29, 2006 Order.

I declare, under penalty of perjury, that the above statements are true and correct to the best of my knowledge and information.

*[signature]*
William B. Gibson, III

Date: 7/20/06

# EXHIBIT 1



# TEAMSTERS LOCAL UNION NO. 96
## AFL-CIO

AFFILIATED WITH THE
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
JOINT COUNCIL 55

2120 BLADENSBURG ROAD, N.E., #106 • WASHINGTON, DC 20018

PHONE (202) 832-2073 • FAX (202) 832-2075
EMAIL: teamsters96@verizon.net

William B. Gibson III
President & Principal Officer

July 17, 2006

Stephen J. Savage
Washington Gas
6801 Industrial Road
Springfield, VA 22151

**VIA FACSIMILE AND
CERTIFIED MAIL RETURN
RECEIPT REQUESTED**

        Re: Teamsters Local Union No. 96 v.
            Washington Gas
       No.: 06-0928

Dear Mr. Savage:

On June 29, 2006, the Honorable Ellen Segal Huvelle of the United States District Court for the District of Columbia issued an Order confirming and enforcing the arbitration decision that Salvatore Arrigo issued on December 31, 2005. To date, the Company has failed to comply with this federal court Order. The Union demands immediate compliance. If the Company continues to ignore the Court's Order, we will ask that the Court hold the Company in contempt.

Sincerely,

William B. Gibson, III

CC: James H. DeGraffenreit C.E.O.
     Terry McCallister, President
     Beverly Burke General Counsel

