# 2004-2007 LABOR CONTRACT

between

Washington Gas Light Company

 and 

Teamsters Local 96

Effective June 2, 2004

# LABOR CONTRACT
## Washington Gas Light Company
## and
## Teamsters Local 96

## TABLE OF CONTENTS

| | | Page |
|---|---|---|
| Recitals | | |
| Article I | Union Recognition | 1 |
| Article II | Union Membership, Checkof | 2 |
| Article III | Union Activity | 5 |
| Article IV | Strikes, Lockouts, etc | 12 |
| Article V | Functions of Management | 14 |
| Article VI | Seniority | 20 |
| Article VII | Hours of Work and Overtime | 34 |
| Article VIII | Work Force Flexibility | 40 |
| Article IX | Wages/Job Evaluation | 41 |
| Article X | Vacations | 49 |
| Article XI | Holidays and Personal Days | 53 |
| Article XII | Long and Faithful Service | 57 |
| Article XIII | Family Medical Leave | 58 |
| Article XIV | Dress Code and Uniforms | 59 |
| Article XV | Prohibition on Foreman Working | 60 |
| Article XVI | Notice of Changes in Classification | 61 |
| Article XVII | Supervisory Chart | 61 |
| Article XVIII | Procedure for Adjusting Controversies | 61 |
| Article XIX | Matters/Issues Not Subject to Grievance or Arbitration | 73 |
| Article XX | Amendments, Waivers and Government Regulations | 73 |

| | | |
|---|---|---|
| Article XXI | Safety | 74 |
| Article XXII | Employee Benefits | 76 |
| Article XXIII | Outside Contract Work | 77 |
| Article XXIV | Special Allowances | 78 |
| Article XXV | Funeral Leave | 80 |
| Article XXVI | Duration, Reopening and Renewal | 81 |
| Article XXVII | Identity of Parties and Complete Agreement (Zipper Clause) | 81 |
| Annex AG | Attendance Guidelines | 84 |
| Annex B | Union Checkoff Authorization | 85 |
| Annex D1 | WG/DOT Drug and Alcohol Testing Policy (effective 6/1/04 through 12/31/05 only) | 87 |
| Annex D2 | WG/DOT "Zero Tolerance" Drug and Alcohol Testing Policy (effective 1/1/06) | 92 |
| Annex DA | Disciplinary Action Guidelines | 96 |
| Annex DH | Meter Reading "Dispatch from Home" Pilot Program | 99 |
| Annex EF | Emergency Flexibility | 101 |
| Annex FT | 4 Day — 10 Hour Work Schedule | 104 |
| Annex LA | Layoff Allowance | 105 |
| Annex PR | Personal Responsibility Policy | 106 |
| Annex ROE | ROE Eligibility Criteria | 107 |
| Annex STBY | Standby Program | 108 |
| Annex THV | Take Home Vehicles Program (THVP) | 113 |
| Annex WSB | Employee Request for Modification of Start Time/Shift and Waiver of Shift Bonus | 121 |

| | | |
|---|---|---|
| Annex W | Wage Rates effective upon ratification | 123 |
| Annex W-1 | Wage Rates as of June 1, 2005 | 124 |
| Annex W-2 | Wage Rates as of June 1, 2006 | 125 |
| Annex ZC | Zipper Clause | 126 |
| Job Classifications | | 129 |
| Index | | 137 |

impartial arbitrator to be selected by alphabetical order. The arbitration shall then be scheduled for a date and time as soon thereafter as convenient to the schedules of the parties and the impartial arbitrator.

17. (a) The arbitrator shall have jurisdiction and authority to interpret and apply the provisions of this Labor Contract only to the extent necessary to determine and decide the grievance. The arbitrator shall not have jurisdiction or authority to alter, extend, modify or in any way change the provisions of this Labor Contract or to consider any claim not raised during the grievance procedure or to impose or fashion any remedy inconsistent with or specifically prohibited by this Contract or any remedy not sought by the grievant/aggrieved party or Union during the grievance procedure. Further, the arbitrator may apply (not interpret) federal and state laws, and regulations and requirements that may be imposed by regulatory agencies having jurisdiction over the Company.

The parties shall not be precluded from raising at arbitration any claim or seeking any remedy not previously discussed during the grievance procedure. However, in such cases, the arbitrator shall remand the matter to the final step of the grievance procedure for consideration and determination of such claim/remedy in accordance with this Article before the grievance may proceed to arbitration on such claim/remedy. In such cases, the party raising the new claim/remedy shall pay the arbitrator's fee for that day and, unless the grievance is resolved on remand, the arbitration shall resume at a time mutually convenient to the parties but in no case sooner than 1 week following the remand.