IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TEAMSTERS LOCAL UNION
NUMBER 96, affiliated with the
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS,
2120 Bladensburg Rd., N.E., # 106
Washington, D.C. 20018**

           Plaintiff,

**v.**                                      **Case No. 1:06-cv-928 (ESH)**

**WASHINGTON GAS LIGHT COMPANY,
6601 Industrial Rd.
Springfield, VA 22151**

           Defendant.

## ORDER

Upon consideration of Defendant Washington Gas Light Company's Motion to Stay Execution of Order Pending Appeal and its Memorandum of Points and Authorities in Support of Motion to Stay, and any opposition thereto, it is hereby:

ORDERED that Defendant's Motion to Stay is GRANTED pending Defendant's appeal to the District of Columbia Circuit Court of Appeals; and it is further

ORDERED that execution of this Court's Order dated June 29, 2006 granting Plaintiff's Application to Confirm and Enforce Arbitration Award and awarding costs and fees is hereby STAYED.

Entered this _____ day of _____, 2006.

                                                                                   _____
                                                                                   Ellen Segal-Huevelle
                                                                                   United States District Court Judge,
                                                                                      District of Columbia