IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TEAMSTERS LOCAL UNION
NUMBER 96, affiliated with the
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS,
2120 Bladensburg Rd., N.E., # 106
Washington, D.C. 20018

              Plaintiff,

v.                                       Case No. 1:06-cv-928 (ESH)

WASHINGTON GAS LIGHT COMPANY,
6601 Industrial Rd.
Springfield, VA 22151

              Defendant.

## WASHINGTON GAS LIGHT COMPANY'S
## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure ("FRAP") 3(a) and 4(a), Defendant Washington Gas Light Company ("Washington Gas"), by and through undersigned counsel, hereby notices its intent to appeal the Order issued by Judge Ellen Segal-Huevelle in the above-captioned matter on June 29, 2006 to the District of Columbia Circuit Court of Appeals. Washington Gas believes that the award of attorney's fees and costs will be void if its appeal of such judgment is successful.



RECEIVED

JUL 2 8 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

-2-

Respectfully submitted,

WASHINGTON GAS LIGHT COMPANY

By:

*Edmund C. Cooke /KLV*
Edmund C. Cooke (D.C. Bar No. 284414)
Robert L. Clayton (D.C. Bar No. 961474)
Karen L. Vossler (D.C. Bar No. 476522)
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, LLC
701 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Tel: 202-434-7300
Fax: 202-434-7400

Counsel for Defendant Washington Gas

Date:   July 28, 2006·

WDC 388847v.1

Case 1:06-cv-00928-ESH    Document 16    Filed 07/28/2006    Page 4 of 4