## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**TEAMSTERS LOCAL UNION**
**NUMBER 96, affiliated with the**
**INTERNATIONAL BROTHERHOOD OF**
**TEAMSTERS,**
**2120 Bladensburg Rd., N.E., # 106**
**Washington, D.C. 20018**


Plaintiff,

**v.**                                              **Case No. 1:06-cv-928 (ESH)**

**WASHINGTON GAS LIGHT COMPANY,**
**6601 Industrial Rd.**
**Springfield, VA 22151**

Defendant.

_____

## <u>ORDER</u>

Upon consideration of Defendant Washington Gas Light Company's Request for

Extension of Time to File Supplemental Affidavit of Steven Savage, and any opposition

thereto, it is hereby:

ORDERED that Defendant's request is GRANTED.

Entered this _____ day of _____, 2006.


_____
Ellen Segal-Huevelle
United States District Court Judge,
    District of Columbia


WDC 389321v.1