AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

TEAMSTERS LOCAL UNION NUMBER 96 )
          Plaintiff(s) )
                              ) **APPEARANCE**
                              )
                              )
           vs. )   CASE NUMBER   1:06-cv-928
WASHINGTON GAS LIGHT COMPANY )
                              )
         Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Beverly J. Burke  as counsel in this
                                    (Attorney's Name)

case for:  Washington Gas Light Company
                 (Name of party or parties)

9/6/06
Date

*/s/ Beverly J. Burke*
Signature

Beverly J. Burke
Print Name

270504
BAR IDENTIFICATION

101 Constitution Ave., NW
Address

Washington, DC   20080
City        State        Zip Code

(202)624-6177
Phone Number