**WASHINGTON GAS LIGHT COMPANY
IMPLEMENTATION PLAN FOR COMPLIANCE
WITH THE AWARD IN GRIEVANCE NO. 2005-10**

The following is the Implementation Plan to be instituted by Washington Gas Light Company (WG):

1. As directed by the Award, WG will re-establish the two former Inspector classifications:

   (a) Inspector Contractor Work; and
   (b) Inspector Pre-Installation

   WG will, consistent with the conclusion in the Award, exercise in the future the exclusive and unrestricted right under Article V and Article VI, Section 13 to eliminate both of these classifications and/or reduce the number of positions under each classification to as few as one (1) position.

2. WG will offer reinstatement to the 28 individuals who were employed in former Inspector classifications on February 9, 2005. This offer of reinstatement to retirees is subject to any limitations and conditions set forth in the applicable federal, state and municipal retirement laws.

3. WG will establish one (1) position under the classification "Inspector-Contractor Work" based upon the determination that the task of "Do a random check of patches (one year old) to see how the area is holding up" is the only task that had been regularly and traditionally performed under the Inspector classifications that is currently being performed by a supervisory position. The other non-shared tasks have been assigned to non-supervisory positions and/or "outsourced" in compliance with Article V and Article XXIII of the collective bargaining agreement.

4. WG will select the one candidate for the available Inspector-Contractor Work position based upon the seniority ranking of all of the former Inspectors who accept the offer of reinstatement to their former classification.

5. Those candidates who accept the offer of reinstatement, but who are not selected, may exercise their "bumping rights" under Article VI, Section 13 or remain in their current status.

6. The former Inspectors will be given the option of waiving the offer reinstatement to their former Inspector classification based upon acceptance of the following monetary offer:

(a) Each former Inspector who accepted promotion to a management position will receive $500 as consideration for their executing a waiver of reinstatement to their former Inspector classification.

(b) Each former Inspector who voluntarily retired will receive $750 as consideration for their executing a waiver of reinstatement to their former Inspector classification.

(c) Each former Inspector who was transferred to another bargaining unit position will receive $1,250 as consideration for their executing a waiver of reinstatement to their former Inspector classification.

_____        _9-5-06_____
Stephen J. Savage for Washington Gas        Date


_____        _____
William Gibson, President        Date
Teamsters Local No. 96