**Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Ralph A Philips 3RD
5603 Franconia Road
Apartment #201
Alexandria, VA  22310

Dear Mr. Philips:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit.  Our records reflect that you were employed in one of those positions at that time.  An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan.  **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005.  **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

**At this time** (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.

BY: _____    DATE: _____

Sincerely,

Mark J. Krusec
Director, Human Resources

# WASHINGTON GAS LIGHT COMPANY
## IMPLEMENTATION PLAN FOR COMPLIANCE
## WITH THE AWARD IN GRIEVANCE NO. 2005-10

The following is the Implementation Plan to be instituted by Washington Gas Light Company (WG):

1. As directed by the Award, WG will re-establish the two former Inspector classifications:

   (a) Inspector Contractor Work; and
   (b) Inspector Pre-Installation

   WG will, consistent with the conclusion in the Award, exercise in the future the exclusive and unrestricted right under Article V and Article VI, Section 13 to eliminate both of these classifications and/or reduce the number of positions under each classification to as few as one (1) position.

2. WG will offer reinstatement to the 28 individuals who were employed in former Inspector classifications on February 9, 2005. This offer of reinstatement to retirees is subject to any limitations and conditions set forth in the applicable federal, state and municipal retirement laws.

3. WG will establish one (1) position under the classification "Inspector-Contractor Work" based upon the determination that the task of "Do a random check of patches (one year old) to see how the area is holding up" is the only task that had been regularly and traditionally performed under the Inspector classifications that is currently being performed by a supervisory position. The other non-shared tasks have been assigned to non-supervisory positions and/or "outsourced" in compliance with Article V and Article XXIII of the collective bargaining agreement.

4. WG will select the one candidate for the available Inspector-Contractor Work position based upon the seniority ranking of all of the former Inspectors who accept the offer of reinstatement to their former classification.

5. Those candidates who accept the offer of reinstatement, but who are not selected, may exercise their "bumping rights" under Article VI, Section 13 or remain in their current status.

 **Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Donald E Mitchell
3752 Tarrington Place
White Plains, MD 20695

Dear Mr. Mitchell:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit. Our records reflect that you were employed in one of those positions at that time. An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan. **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005. **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

**At this time** (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.

BY: _____    DATE:_____

Sincerely,

Mark J. Krusec
Director, Human Resources

 **Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Lyle K Davis
123 Walnut Street
Ridgely, MD 21660

Dear Mr. Davis:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit. Our records reflect that you were employed in one of those positions at that time. An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan. **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005. **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

**At this time** (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.


BY: _____    DATE:_____


Sincerely,

Mark J. Krusec
Director, Human Resources


**Washington
Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

James A Garcia
4317 Lees Corner Road
Chantilly, VA 20151-2832

Dear Mr. Garcia:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit. Our records reflect that you were employed in one of those positions at that time. An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan. **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005. **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

At this time (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.

BY: _____    DATE:_____

Sincerely,

Mark J. Krusec
Director, Human Resources

 **Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Robert D Harris
9420 Marshal Corner Road
Pomfret, MD 20675

Dear Mr. Harris:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit. Our records reflect that you were employed in one of those positions at that time. An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan. **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005. **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

**At this time** (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.

BY: _____    DATE:_____

Sincerely,

Mark J. Krusec
Director, Human Resources

 **Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Kevin V Holmes
6519 Midra Drive
Lanham, MD  20706

Dear Mr. Holmes:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit.  Our records reflect that you were employed in one of those positions at that time.  An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan.  **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

## PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005.  **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

At this time (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.


BY: _____     DATE:_____


Sincerely,

Mark J. Krusec
Director, Human Resources



**Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Melvin T Linton
1013 Lake Shore Drive
Mitchellville, MD 20716

Dear Mr. Linton:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit. Our records reflect that you were employed in one of those positions at that time. An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan. **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005. **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

At this time (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.


BY: _____     DATE:_____


Sincerely,

Mark J. Krusec
Director, Human Resources



**Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Kelly F McAlpine
5122 Flintridge Drive
Landover Hills, MD  20784

Dear Mr. McAlpine:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit.  Our records reflect that you were employed in one of those positions at that time.  An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan.  **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005.  **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

**At this time** (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.


BY: _____    DATE:_____


Sincerely,

Mark J. Krusec
Director, Human Resources

 **Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Harold R Turner
3701 Turn Back Trail
Triangle, VA  22172

Dear Mr. Turner:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit.  Our records reflect that you were employed in one of those positions at that time.  An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan.  **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005.  **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

**At this time** (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.


BY: _____    DATE:_____


Sincerely,

Mark J. Krusec
Director, Human Resources

 **Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Roy A Wrenn
600 N Jefferson Street
Arlington, VA  22205

Dear Mr. Wrenn:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit.  Our records reflect that you were employed in one of those positions at that time.  An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan.  **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005.  **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

At this time (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.


BY: _____    DATE:_____


Sincerely,


Mark J. Krusec
Director, Human Resources

 **Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Eugene D Burch
14301 Dover Court
Laurel, MD 20707

Dear Mr. Burch:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit. Our records reflect that you were employed in one of those positions at that time. An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan. **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005. **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

At this time (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.


BY: _____    DATE:_____


Sincerely,

Mark J. Krusec
Director, Human Resources

 **Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Paul K Ketcham
10638 Ashby Place
Fairfax, VA  22030

Dear Mr. Ketcham:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit. Our records reflect that you were employed in one of those positions at that time. An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan. **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005. **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

**At this time** (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.

BY: _____     DATE: _____

Sincerely,

Mark J. Krusec
Director, Human Resources

 **Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Nicholas A Kopack
36720 Charlestown Pike
Purcellville, VA  20132

Dear Mr. Kopack:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit.  Our records reflect that you were employed in one of those positions at that time.  An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan.  **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005.  **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

**At this time** (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.


BY: _____    DATE:_____


Sincerely,

Mark J. Krusec
Director, Human Resources


**Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

James A Johnson, Jr
247 Thunderbird Drive
Lusby, MD  20657

Dear Mr. Johnson:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit.  Our records reflect that you were employed in one of those positions at that time.  An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan.  **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005.  **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

**At this time** (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.


BY: _____     DATE:_____


Sincerely,

Mark J. Krusec
Director, Human Resources

 **Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

John W Barmore
12712 Hallwood Place
Ft Washington, MD  20744

Dear Mr. Barmore:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit.  Our records reflect that you were employed in one of those positions at that time.  An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan.  **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005.  **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

**At this time** (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.

BY: _____    DATE:_____

Sincerely,

Mark J. Krusec
Director, Human Resources

 **Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Johnnie King
7203 Kempton Road
Lanham, MD  20706

Dear Mr. King:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit.  Our records reflect that you were employed in one of those positions at that time.  An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan.  **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

## PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005.  **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

At this time (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the
monetary compensation offered to me as a result of my current position or status.

Please sign and date below.

BY: _____     DATE:_____

Sincerely,

Mark J. Krusec
Director, Human Resources

 **Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Jessie P Mullins
7010 Silver Maple Court
Warrenton, VA 20187

Dear Mr. Mullins:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit. Our records reflect that you were employed in one of those positions at that time. An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan. **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005. **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

At this time (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.


BY: _____    DATE: _____


Sincerely,

Mark J. Krusec
Director, Human Resources

 **Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Howard Peterson
13203 Rhame Drive
Ft Washington, MD 20744

Dear Mr. Peterson:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit. Our records reflect that you were employed in one of those positions at that time. An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan. **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005. **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

**At this time** (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.

BY: _____     DATE: _____

Sincerely,

Mark J. Krusec
Director, Human Resources

 **Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Gerret S Smith
13519 Princedale Drive
Woodbridge, VA  22193

Dear Mr. Smith:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit.  Our records reflect that you were employed in one of those positions at that time.  An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan.  **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005.  **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

**At this time** (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.


BY: _____    DATE:_____


Sincerely,

Mark J. Krusec
Director, Human Resources

 **Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Michael L Snelson
17 Rapidan Road
Locust Grove, VA 22508

Dear Mr. Snelson:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit. Our records reflect that you were employed in one of those positions at that time. An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan. **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005. **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

**At this time** (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.


BY: _____    DATE:_____


Sincerely,

Mark J. Krusec
Director, Human Resources



**Washington Gas**

6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Robert D Woodward
1244 Ramblewood Drive
Annapolis, MD  21409

Dear Mr. Woodward:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit.  Our records reflect that you were employed in one of those positions at that time.  An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan.  **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005.  **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

**At this time** (check one box):

☐ I want to return to my former job classification: **OR**

☐ I have decided not to return to my former job classification and I accept the monetary compensation offered to me as a result of my current position or status.

Please sign and date below.


BY: _____    DATE: _____


Sincerely,

Mark J. Krusec
Director, Human Resources