# MINTZ LEVIN

01 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202-434-7300
202-434-7400 fax
www.mintz.com

Robert L. Clayton | 202 434 7410 | rlclayton@mintz.com

**VIA HAND DELIVERY/FACISIMLE**

September 8, 2006

Mark J. Murphy
Mooney, Green, Baker & Saindon, P.C.
1920 L. Street, NW, Suite 400
Washington, DC 20036

Re: Teamsters Local Union No. 96 v. Washington Gas,
U.S. District Court for the District of Columbia Civil Case No. 1:06-cv-928 (ESH)

Dear Mark:

Our client Washington Gas (WG) remains committed to resolving all outstanding issues in the above-captioned matter by mutual agreement of the parties. As mandated by Judge Huvelle in our telephone conference on Thursday, we request a second resolution negotiation session to be held in our offices on **Monday, September 11th at 2:30 p.m.** Please let me know if this date and time is acceptable to you and, if not, I am available to meet at any time convenient for you. We would like to receive in advance of this second resolution negotiation session, your second resolution proposal unless you are demanding that WG consider the proposal set forth in your letter dated August 28, 2006 as your final proposal to resolve all outstanding issues.

As you are aware, WG has proceeded forwarded with the execution of the Implementation Plan for Compliance with the Award in Grievance No. 2005-10. I have attached the cover letter and Implementation Plan that was mailed to all individuals who were formerly classified as Inspectors with the exception of Scott MacMichael, who has been terminated for cause. If you have any proposed amendments to the Implementation Plan that you would like WG to consider, please advise us.

The Implementation Plan both recognizes Mr. Arrigo's decision that WG has the exclusive and unrestricted right under Article V and Article VI, Section 13 to eliminate (at any time) both of the Inspector classifications and acknowledges by corrective action that WG has ceased diverting

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

Mark J. Murphy
September 8, 2006
Page 2

any and all tasks that had been regularly and traditionally performed by the Inspector classifications to the supervisory positions that were the subject of the Award.

I look forward to meeting with you on the 11th.

Sincerely,

Robert L. Clayton

Enclosure
cc:   Beverly J. Burke

WDC 390427v.1

## WASHINGTON GAS LIGHT COMPANY
## IMPLEMENTATION PLAN FOR COMPLIANCE
## WITH THE AWARD IN GRIEVANCE NO. 2005-10

The following is the Implementation Plan to be instituted by Washington Gas Light Company (WG):

1. As directed by the Award, WG will re-establish the two former Inspector classifications:

   (a) Inspector Contractor Work; and
   (b) Inspector Pre-Installation

   WG will, consistent with the conclusion in the Award, exercise in the future the exclusive and unrestricted right under Article V and Article VI, Section 13 to eliminate both of these classifications and/or reduce the number of positions under each classification to as few as one (1) position.

2. WG will offer reinstatement to the 28 individuals who were employed in former Inspector classifications on February 9, 2005. This offer of reinstatement to retirees is subject to any limitations and conditions set forth in the applicable federal, state and municipal retirement laws.

3. WG will establish one (1) position under the classification "Inspector-Contractor Work" based upon the determination that the task of "Do a random check of patches (one year old) to see how the area is holding up" is the only task that had been regularly and traditionally performed under the Inspector classifications that is currently being performed by a supervisory position. The other non-shared tasks have been assigned to non-supervisory positions and/or "outsourced" in compliance with Article V and Article XXIII of the collective bargaining agreement.

4. WG will select the one candidate for the available Inspector-Contractor Work position based upon the seniority ranking of all of the former Inspectors who accept the offer of reinstatement to their former classification.

5. Those candidates who accept the offer of reinstatement, but who are not selected, may exercise their "bumping rights" under Article VI, Section 13 or remain in their current status.

6. The former Inspectors will be given the option of waiving the offer reinstatement to their former Inspector classification based upon acceptance of the following monetary offer:

   (a) Each former Inspector who accepted promotion to a management position will receive $500 as consideration for their executing a waiver of reinstatement to their former Inspector classification.

   (b) Each former Inspector who voluntarily retired will receive $750 as consideration for their executing a waiver of reinstatement to their former Inspector classification.

   (c) Each former Inspector who was transferred to another bargaining unit position will receive $1,250 as consideration for their executing a waiver of reinstatement to their former Inspector classification.

_____    9-5-06_____
Stephen J. Savage for Washington Gas    Date


_____    _____
William Gibson, President    Date
Teamsters Local No. 96



6801 Industrial Road
Springfield, Virginia 22151

September 6, 2006

Donald E Mitchell
3752 Tarrington Place
White Plains, MD 20695

Dear Mr. Mitchell:

In February 2005, Washington Gas eliminated two job classifications within the Teamster's Local 96 collective bargaining unit. Our records reflect that you were employed in one of those positions at that time. An arbitrator determined that while the Company had the unilateral right to eliminate the positions, it could not do so by allowing management employees to perform the functions of those positions.

Washington Gas is in the process of implementing the arbitrator's decision. Attached you will find the Implementation Plan. **Please carefully review** and provide us with your choice either to be reinstated to the classification, or to give up your right to be reinstated in exchange for monetary compensation.

Please return a copy of your completed form to Mark J. Krusec, Director, Human Resources, 6801 Industrial Road, Springfield, VA 22151, not later than September 22, 2006.

**PLEASE READ, CHECK THE APPROPRIATE BOXES AND SIGN BELOW**

I, _____, was in the position of Inspector Contractor Work or Inspector Pre-Installation, on or about February 9, 2005. **Since that time** (check one box):

☐ I have been promoted to a management position;

☐ I have retired from Washington Gas; **OR**

☐ I have remained in a position within the bargaining unit.

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    4076
CONNECTION TEL                              97836088
CONNECTION ID
ST. TIME                    09/08 14:57
USAGE T                     02'14
PGS. SENT                   7
RESULT                      OK
```

# MINTZ LEVIN

Robert L. Clayton | 202 434 7410 | rlclayton@mintz.com

701 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202-434-7300
202-434-7400 fax
www.mintz.com

# fax transmittal

## FROM:

**Name**   Robert L. Clayton

**Date**   September 8, 2006

**# of Pages**   7

## TO:

| Name | Business# | Fax # |
|---|---|---|
| Mark Murphy | Mooney, Green, Baker & Saindon, P.C. | (202) 783-6088 |

**Comments:**

# MINTZ LEVIN

701 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202-434-7300
202-434-7400 fax
www.mintz.com

Robert L. Clayton | 202 434 7410 | rlclayton@mintz.com

# fax transmittal

## FROM:

**Name**     Robert L. Clayton

**Date**     September 8, 2006

**# of Pages**   7

## TO:

| Name | Business# | Fax # |
|---|---|---|
| Mark Murphy | Mooney, Green, Baker & Saindon, P.C. | (202) 783-6088 |

**Comments:**

Please call us at 202-434-7300 if you experience any problems.

STATEMENT OF CONFIDENTIALITY
The information contained in this fax is intended for the exclusive use of the addressee and may contain confidential or privileged information. If you are not the intended recipient, you are hereby notified that any form or dissemination of this communication is strictly prohibited. If this fax was sent in error, please immediately notify us by phone.

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON

# MOONEY, GREEN, BAKER & SAINDON, P.C.

JOHN R. MOONEY*
PAUL A. GREEN†
MARILYN L. BAKER†
ELIZABETH A. SAINDON
MARK J. MURPHY†
DOUGLAS L. PARKER*
RICHARD C. WELCH
MARC L. WILHITE
MICHAEL L. ARTZ

ROBERT H. STROPP, JR
OF COUNSEL

* ADMITTED IN DC AND VA
† ADMITTED IN DC AND MD

SUITE 400
1920 L STREET, N.W.
WASHINGTON, DC 20036

TELEPHONE (202) 783-0010
FACSIMILE (202) 783-6088
INTERNET: www.mooneygreen.com

September 8, 2006

Robert L. Clayton, Esq.
Mintz, Levin, Cohn, Ferris,
 Glovsky & Popeo, P.C.
701 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

**VIA FACSIMILE**

Re: Teamsters Local Union No. 96 v. Washington Gas
No.: 1:06-cv-928 (ESH)

Dear Mr. Clayton:

We received your letter dated September 8, 2006 suggesting that we meet on Monday, September 11, 2006. Thank you for your kind offer. Despite your suggestion, however, Judge Huvelle did not mandate any additional settlement meetings. The Union does not see any benefit to additional settlement discussions given the fact that your client has unilaterally imposed the terms of its settlement offer. Moreover, we see no benefit to further discussion after the Company proceeded to directly communicate with members of the bargaining unit and bargain individually with these members concerning the terms of the Company's settlement offer - which the Union had previously rejected. For the above reasons, we do not believe any additional meetings are warranted.

Sincerely,

Mark J. Murphy

cc: William B. Gibson, III

# MOONEY, GREEN, BAKER & SAINDON, P.C.

JOHN R. MOONEY*
PAUL A. GREEN†
MARILYN L. BAKER†
ELIZABETH A. SAINDON
MARK J. MURPHY†
DOUGLAS L. PARKER*
RICHARD C. WELCH
MARC L. WILHITE
MICHAEL L. ARTZ

ROBERT H. STROPP, JR
OF COUNSEL

* ADMITTED IN DC AND VA
† ADMITTED IN DC AND MD

SUITE 400
1920 L STREET, N.W.
WASHINGTON, DC 20036

TELEPHONE (202) 783-0010
FACSIMILE (202) 783-6088
INTERNET: www.mooneygreen.com

*The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank You.*

DATE: September 8, 2006

TO: Robert L. Clayton, Esq.   FAX NO.: 202-434-7400
    William B. Gibson, III   FAX NO.: TLU 96

COMPANY: _____

RE: Teamsters Local Union No. 96 v. Washington Gas
    No.: 1:06-cv-928(ESH)

MESSAGE:

FROM: Mark J. Murphy

Total number of pages including cover page: 2