# MOONEY, GREEN, BAKER & SAINDON, P.C.

JOHN R MOONEY*
PAUL A GREEN†
MARILYN L BAKER†
ELIZABETH A SAINDON
MARK J MURPHY†
DOUGLAS L PARKER*
RICHARD C WELCH
MARC L WILHITE
MICHAEL L ARTZ

ROBERT H STROPP, JR
OF COUNSEL

* ADMITTED IN DC AND VA
† ADMITTED IN DC AND MD

SUITE 400
1920 L STREET, N.W
WASHINGTON, DC 20036

TELEPHONE (202) 783-0010
FACSIMILE (202) 783-6088
INTERNET: www.mooneygreen.com

BJB   SEP 1 2 2006

September 11, 2006

**VIA UPS NEXT DAY MAIL**

Mr. Mark Kalaris
National Labor Relations Board
Region 5 Resident Office
Franklin Court Building, Ste. 5530
1099 14th St.
Washington, DC 20570-0001
fax: (202) 208-3013

              RE:    Teamsters Local Union 96
                       and Washington Gas Light Company

Dear Mr. Kalaris:

     Enclosed please find an original and four (4) copies of an unfair labor practice charge against the above named employer, filed on behalf of our client, International Brotherhood of Teamsters Local Union 96. Please contact the undersigned for information in support of this charge.

                                       Sincerely,

                                       Mark J. Murphy

cc:    William B. Gibson, III

INTERNET
FORM NLRB-501
(11-94)

FORM EXEMPT UNDER 44 U.S.C. 3512

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |

**INSTRUCTIONS:**
File an original and 4 copies of this charge with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

| 1 EMPLOYER AGAINST WHOM CHARGE IS BROUGHT ||||
|---|---|---|---|
| a Name of Employer<br>Washington Gas Light Company ||| b. Number of Workers Employed<br>Approx 1000 |
| c Address *(street, city, State, ZIP, Code)*<br>6601 Industrial Drive, Springfield, VA 22151 | d. Employer Representative<br>Stephen Savage || e. Telephone No.<br>703-750-5880 |
| ||| Fax No.<br>703-750-7593 |
| f Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Public Utility | g Identify Principal Product or Service<br>Natural Gas |||
| h The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of Section 8(a), subsections (1) and *(list subsections)* (5) _____ of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act ||||

2 Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

Since on or about September 6, 2006, the above named Employer has violated the Act by engaging in direct dealing with members of the bargaining unit represented by the Union. This direct dealing has included, but is not limited to, the Company's effort to obtain the agreement of individual bargaining unit members to the terms of a settlement agreement that the Union had previously rejected. The Company's direct dealing also includes efforts to obtain individual waivers of rights members may have under both an Arbitration Award and a subsequent federal court Order enforcing and confirming that Arbitration Award

By the above and other acts, the above-named employer has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act.

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*
Teamsters Local Union No. 96

| 4a Address *(street and number, city, State, and ZIP Code)*<br>2120 Bladensburg Road, N E, Washington, D C 20018 | 4b. Telephone No.<br>202-832-2073 |
|---|---|
| | Fax No.<br>202-832-2075 |

5 Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*
International Brotherhood of Teamsters

**6 DECLARATION**
I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By _____
(Signature of representative or person making charge)

Attorney
(Title, if any)

Address  Mooney, Green, Baker & Saindon, P.C
Fax No. 202-832-2075
202-783-0010
*(Telephone No.)*

September 11, 2006
Date

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)