# Washington Gas Job Description

| | | | |
|---|---|---|---|
| Position Title: | Inspector Pre-Installation | Grade: | 6 |
| Bus/Supp Unit: | CATS | FLSA Status: | Non-Exempt |
| Unit Section: | Construction | Job Code: | 1158 |
| Reports To Title: | Section Leader | DOT Testing: | Required |
| Bargaining Unit: | Teamsters Local 96 | Last Revision: | 11/24/2003 |

### Summary of Position Role

Inspects job sites for proposed mains and service installations. Checks progress of building construction, other underground construction, grading, etc. to determine job workability. Confers with owners, builders, contractors, or others and picks meter locations to conform with general service provisions and gas fitting regulations of involved governmental jurisdictions and Company requirements. Marks meter locations on the building wall. Forecasts probable workable dates for main and services where building construction has started. Pre-releases job to assure that job is promptly planned, permits and easements are obtained, etc. Releases entire or part of job that is workable. Makes sketch of work to be done showing existing gas lines and proposed gas lines, etc. Assigns job status code and indicates potential use of construction equipment. Relays information concerning special conditions to proper Company personnel. Obtains installation commitment dates and conveys such information to builders and owners. Coordinates job with involved personnel in other departments. Prepares estimates for total cost of jobs including material, equipment, crew days, etc. Clears estimate through supervisor. Performs occasional miscellaneous related duties as required. Operates Company vehicle to and from various job locations.

### Examples of Specific Tasks

Outsourced ; Historically / Currently Shared with Mgmt., Local 2, other Local 96 positions and/or Contractors; Automated/WMIS ; Local 96 Work

- Inspects proposed mains and service installations;
- Checks progress of building construction, other underground construction, grading, etc. to determine job workability, notes status and writes in next inspection date on inspection cards;
- Forecasts probable workable dates on unworkable main jobs and indicates main requirements where building construction has started, notes approximate length and general location of services;
- Releases entire or part(s) of job that is workable, assigns job status code and indicates potential use of construction equipment;
- Relays information concerning special conditions, on services, which may be helpful to crew foreman such as requirement for branch service, unusual placement of service line, etc.;
- Upon request of others, calls office for approximate installation date commitments and conveys such informatin;
- Estimates workable dates for installation of mains to provide planning permit time;
- Coordinates with and notifies service department for installation of large meter installations;
- Selects meter locations and posts meter reservation cards;
- Confers with owner, builder, contractor, or others and picks meter locations to conform with General Service Provisions and Gas Fitting Regulations of involved governmental jurisdictions and Company requirements, considers such factors as (1) requirements of other utilities, (2) availability of servicing and meter reading, (3) lines of service, (4) possibility of branch services, (5) trees or obstacles and the like;
- Explains code provisions, Company specifications, etc., when necessary;
- Makes sketch of work to be done showing existing gas lines and proposed gas lines and buildings on jobs involving reconnects or alterations of existing facilities;
- Prepares estimate for total cost of job including material, equipment, crew days and size of crew using average rates, clears estimate through supervisor;
- Confers with owners, builders, architects, promotional representatives, Company personnel, etc., regarding problems relative to main workability and installation of services, meters, etc., suggests solutions to such problems;

- Indicates other construction work that is required prior to gas installation, such as other tuility laterals, grading, removal of building materials, or other temporary obstructions, installation of sleeves, etc.;
- Discusses requests for and makes changes in proposed meter or service locations;
- Reports footage changes for possible resizing of pipe;
- Discusses with others regarding ownership and limits of property, questions possible need for service easements and reports findings to supervisor;
- Calls attention of supervisor to unusual field problems, suggests possible solutions, obtains decision and relays information to interested parties;
- Obtains other information from the field as required, such as, length of size of existing services, information when required for permit applications for serving;
- Loosens, occasionally, plug or cap on inactive services to confirm abandonment status, coats plug with pipe dope, tightens and soap test fitting to ensure no leakage;
- Locates, occasionally, mains and service with electronic pip locator;
- Checks, occasionally, facilities for damage or exposure;
- Obtains, occasionally, gas facility records (coordinate maps, service record cards, etc.); and
- [Note – N/A Now.] Drives company vehicle to and from various job locations.

| External Interactions ||
|---|---|
| State and local government officials | Utility engineering and construction personnel |
| Local emergency response Personnel | Large-scale and customers |
| Homeowners and associations | Vendors / Contractors |
| Construction firms / builders | Engineering firms |
| Residential and commercial developers | Company support or business unit personnel |

| Requirements |
|---|
| **Education:** High School diploma or equivalent G.E.D., or equivalent work experience. Must be knowledgeable of gas fitting codes of governmental jurisdictions involved, Company operations, specifications and procedures related to installation of mains and services, area served by Company, etc. Must be able to read and understand site plans. Must have some degree of familiarity with blue prints. Must have successfully completed Inspector's School. Should have at least 48-months experience in CATS Department, primarily in the field installation of mains and services. |

**\*Licenses/Certifications:** Valid Driver's License

**Shift Work:** As Required

**Use of Personal Vehicle:** Required

### \*CDL HOLDERS ARE SUBJECT TO TESTING UNDER FEDERAL HIGHWAY REGULATIONS

### Physical Requirements:

| | | |
|---|---|---|
| ☑ Driving | ☑ Dusty Environment | ☑ Climbing Steps |
| ☑ Lifting < 20 lbs. | ☑ Lifting < 50 lbs. | ☑ Lifting > 50 lbs. |
| ☑ Climbing Ladders | ☑ Kneeling, Squatting, Bending | |
| ☑ Extended Walking | ☑ Extended Standing | ☑ Extended Sitting |
| ☐ Digging/Trenching | ☑ Pneumatic Tools | ☑ Wrenching |

☑ Computer Work   ☐ Public Speaking   ☑ Inclement Weather

☑ Computer Work   ☐ Public Speaking   ☑ Inclement Weather