# Washington Gas Job Description

| Position Title: | Inspector – Contractor Work | Grade: | 6A |
|---|---|---|---|
| Bus/Supp Unit: | CATS | FLSA Status: | Non-Exempt |
| Unit Section: | Construction | Job Code: | 1719 |
| Reports To Title: | Section Leader | DOT Testing: | Required |
| Bargaining Unit: | Teamsters Local 96 | Last Revision: | 11/24/2003 |

### Summary of Position Role

Perform pre-release inspection and inspect work of Company contractors engaged in the construction, replacement and maintenance of natural gas mains, services, extended meter supply lines and appurtenances, including inspection of paving and final restoration.

### Scope of Inspection Job Types

- Scattered and Mass Service Replacement
- Main Replacement
- Service and Main Abandonment
- Extended Meter Supply Line
- Corrosion Work
  a. Installation of Test Stations, Anodes and Insulators
  b. Copper Service Replacement
- Gas Light Abandonment
- Service and Main Offset
- New Business/Market Enhancement – Service and Main
  a. Construction Heat
  b. Rush No-Heats
- Pressure Ties
- In-Plan State Highway Work
- Investigate customer restoration inquiries/complaints

Other jobs as assigned

### Examples of Specific Tasks

Key: Outsourced; Historically/Currently Shared with Mgmt., Local 2, other Local 96 positions and/or Contractor; Automated/WMIS/Smallworld; Local 96

### Pre-Release & Release

- Check progress of building construction, other underground construction that is required prior to gas installation, grading, obstructions, sleeves, etc. to determine job workability.
- Forecasts probable workable dates of unworkable main jobs and indicates main requirements where building construction has started. Record status and next inspection date.
- Talks to others regarding ownership and limits of property. Determines need for service casements, vents, easements, private underground utility locations and other special items and records findings.
- Explains code provisions, company specifications, etc, when necessary.
- Obtains gas facility records (Quad maps, service record cards, etc.), site plans, road plans, etc., as required
- Coordinates with designers for preparation of construction plans and permit applications.
- Confers with owner, builder, WG personnel, Contractor, etc., to meet company requirements relative to main, service, and meter location and workability considering such factors as: (1) conforming with general service provisions and gas fitting regulations of involved governmental jurisdictions (2) separation and requirements of other utilities, (3) availability of servicing and meter reading, (4) lines of service, (5) possibility of branch services, (6) trees or other obstacles and the like. Resolves problems.
- Confers with builder / developer, or appropriate others to verify proper address, confirm pressure and load requirements, service locations, reports footage changes for possible resizing of pipe, determine pipe, regulator and meter size. Initiates proper change memos as necessary.
- Makes sketch of work to be done showing existing gas lines and proposed gas lines and buildings on jobs involving reconnects or alterations of existing facilities.
- Releases entire part(s) of job that is workable. Assigns priority.

- Relays information concerning special conditions of services which may be helpful to crew foreman such as requirement for branch service, unusual placement of service line, potential use of construction equipment and methods, etc.

### Pre-Installation

- Coordinates job with builders, developers, customers, other utilities, or contractors during or prior to job start. Examples include but are not limited to jobs done by sewer and water contractors, joint trench projects and plumbing contractors for extended meter supply lines. Coordination may include start dates, methods of construction to be used, contact information, design changes, special provisions, scheduling, restoration and other requirements.
- Determines line location in accordance with company standards and in consultation with property owner or builders.
- Estimate time necessary to complete jobs so tie-ins can be scheduled to supply gas to customers in time to retain the best of relations with customers, builders, realtors, and facilitate crew schedules.
- Confers with customers or other property owners concerning protection of their property during Construction.

### Installation

- Inspects work of WG Contractor's for proper workmanship and compliance with jurisdictional regulations and permits and WG plans, specifications and standards.
- Visually inspects pipe and other pipeline components and WG facilities on site at time of installation to ensure no damage has occurred that may impair its serviceability.
- Observes the replacement, abandonment, maintenance and installation of various sizes and types of main and service, plus related meter and regulator installations.
- Tests/directs others to test installed facilities for proper operation insuring against leakage, settlement, corrosion
- Inspects and/or effects repair (temporary or permanent) of broken lines, especially in new construction areas, and prepares documentation for billing of appropriate party.
- Checks job sites, excavations, steel plates, etc., during inclement weather or as assigned.
- Works with Auditors and Contractor to ensure compliance and safety issues are resolved.
- Field trains new inspectors in all aspects of the job.

### Post Construction

- Hangs appropriate identification tag/s on services.
- Checks for excess material/waste left in field and not returned to the Storeroom and/or removed from the job site.
- Follows up on completed jobs and checks for sunken trenches, final paving, restored lawns, etc.
- Investigates and resolves customer, builder or governmental complaints regarding quality of construction and/or property damages.
- [Note: Obsolete.] Contacts builder / developer / customer to ensure satisfaction and have "Builder Survey" form completed to evaluate contractor performance.

### Paving/Restoration

- Knowledge of all WG towns, city or State specifications relative to restoration.
- Enforcement of restoration specifications.
- Pre-inspection of restoration locations.
- Meet with customer and town, city or State inspectors.
- Written documentation and record keeping.
- Post inspection of restoration locations.
- Verify cut size from installation contractor.
- [Note: If ever performed, it would be at jurisdiction / mgmt. direction.] Random core bore to inspect depth of material.
- Verify temporary patch and emulsion quality.
- Verify restoration contractor's cut backs are kept to a minimum.
- Verify trench area is squared off.
- Verify only WG patches are being done.
- Check the temperature of bituminous concrete in truck when possible.
- Make sure WG standards are being followed.
- Verify road boxes are set to grade and leveled.
- Check for compaction prior to installing the bituminous concrete, base concrete, etc.
- Verify surface joints cleaned and sealed same day.
- Measure finished patches when possible.

- Verify surface joints cleaned and sealed the same day.
- Verify material quality (bituminous, emulsion, etc.)
- Make sure traffic is kept off area until patch has time to cool.
- Measure finished patches when billed.
- Verify cut backs were kept to a minimum.
- .[Note – if ever done, it would be done at management's direction] Do a random check of patches (one year old) to see how the area is holding up.
- Verify billed quantities are accurate.
- Verify the patch has been sealed.

### Other Duties

- Coordinates service department for installation of meter installations.
- Coordinates tie-in and purging by contractor.
- Coordinates welder for installation of pipe, stopper fittings, branch connections, etc.
- Coordinates shop crews activities when making various taps, stop-offs, tie-ins, etc.
- Calls attention of supervisor to unusual field problems. Suggests possible solutions, obtains decision, and relays information to interested parties.
- Re-lights appliances as required.
- Confirms abandonment status on inactive services as required
- Locates mains and service with electronic pipe locator as required.
- Expedites special or overdue restoration orders.
- Must be on job while gas pipe downstream of the gas meter is being installed and or altered by a Contractor.

### Authorization

- Prohibits backfill of pipe until the preliminary conditions (such as coating pipe joints, installing locate wire, attaching anodes, etc.) can be fulfilled, the work inspected, and inspection provided for the backfill of pipe and accessories, unless other arrangements are made.
- Approves minor changes in Contractor's paving order such as increase extent of cut back.
- Forbids the use of materials, equipment or workmanship that do not conform to specifications or which will cause improper construction relative to the specifications.
- Stops any work that is not being done safely.
- Requires the removal or repair of faulty construction or of construction performed without inspection and not capable of being inspected in place.
- Approves pay sheets.

### Documentation

- Documents pay item units installed by contractor and keeps daily log of site conditions and job progress.
- Completes Company forms related to mains and services installation such as:
    a. Credit stock slips for material returned by Contractor;
    b. Stock slips for material issued to the Contractor, as required;
    c. Cut tickets for paving repairs;
    d. [Note – Obsolete.] Unified Work Orders; [NOW - Field Orders]
    e. Daily Rate Pay Sheets;
    f. [Note – Obsolete.] Completion Notices; [NOW – Field Orders]
    g. [Note – Obsolete.] Retirement Notices [NOW - Field Orders];
    h. Change Orders;
    i. As-Built Field Notes;
    j. Inspection Checklists;
    k. Pay Sheets; and
    l. Other similar forms, as required.
- Reviews invoices as required.
- Completes inspection forms, restoration forms, and other documentation as required.

| External Interactions ||
|---|---|
| State and local government officials | Utility engineering and construction personnel |
| Local Emergency Response Personnel | Large-scale and customers |
| Homeowners and associations | Vendors / Contractors |
| Construction Firms / Builders | Engineering Firms |
| Residential and Commercial Developers | Company support or business unit personnel |

## Requirements

**Education:**
- High School diploma or equivalent (G.E.D.)
- Attend Inspector's School and pass written examination qualifying him to inspect all types of installations.
- Successfully complete all assigned training modules, qualifying exams and field clearance by SL.

**Experience/Skills:**
- PC and mainframe familiarity.
- Basic math with percentages and decimals.
- Experience in field of pipeline construction work involving the installation of gas mains, services and appurtenances, and must know Company standards and procedures relative to such work.
- Requires 36 months as an Operations Mechanic or equivalent experience installing mains and services.
- Ability to listen and write and orally communicate ideas and information effectively.
- Ability to solve problems.

**\*Licenses/Certifications:**
- EAP Plastic Pipe Joining Permit
- Emergency Response Training
- Flagger Certification
- Valid driver's license and Company's name included on liability insurance

**Shift Work:** As required                                   **Use Of Personal Vehicle:** Required

**\*CDL HOLDERS ARE SUBJECT TO TESTING UNDER FEDERAL HIGHWAY REGULATIONS**

**Physical Requirements:**

| | | |
|---|---|---|
| ☑ Driving | ☑ Dusty Environment | ☑ Climbing Steps |
| ☑ Lifting < 20 lbs. | ☑ Lifting < 50 lbs. | ☑ Lifting > 50 lbs. |
| ☑ Climbing Ladders | ☑ Kneeling, Squatting, Bending | |
| ☑ Extended Walking | ☑ Extended Standing | ☑ Extended Sitting |
| ☐ Digging/Trenching | ☑ Pneumatic Tools | ☑ Wrenching |
| ☑ Computer Work | ☐ Public Speaking | ☑ Inclement Weather |