IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TEAMSTERS LOCAL UNION
NUMBER 96,**
2120 Bladensburg Rd., N.E., # 106
Washington, D.C. 20018

    Plaintiff,

v.              Case No. 1:06-cv-928 (ESH)

**WASHINGTON GAS LIGHT COMPANY,**
6801 Industrial Rd.
Springfield, VA 22151

    Defendant.

## ORDER

Upon consideration of Defendant Washington Gas Light Company's Motion for Reconsideration and to Clarify September 25 Order, and any opposition thereto, it is hereby:

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED that:

- The Motion for Contempt is hereby DENIED; and

- This matter shall be remanded to Salvatore Arrigo to address implementation of the December 31, 2005 Award and any disputes that have arisen between the parties relating thereto; and

- The September 25 Order is hereby modified to clarify that the Company's participation in any proceedings before Mr. Arrigo on remand ***shall not*** prohibit or limit the Company from pursuing its appeal before the D.C. Circuit Court of Appeals, nor does it constitute acquiescence to Mr. Arrigo's authority or a waiver of the Company's argument before the D.C. Circuit Court that Mr. Arrigo was properly removed as an arbitrator; and

- The Court's request in its September 25 Order that Mr. Arrigo advise it as to whether the Company's actions after June 29, 2006 were in "good faith" and, if not, what the remedy should be, is hereby withdrawn.

Entered this _____ day of _____, 2006.

                                                                                                   _____
                                                                                                   Ellen Segal-Huevelle
                                                                                                   United States District Court Judge,
                                                                                                     District of Columbia

WDC 391196v.1