IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TEAMSTERS LOCAL UNION NO. 96**,<br><br>　　　　　**Plaintiff,**<br>v.<br><br>**WASHINGTON GAS LIGHT COMPANY,**<br>　　　　　**Defendant.** | Case No. 06-CV-0928 (ESH) |

**AFFIDAVIT OF MICHAEL HAMPTON**

I, Michael Hampton, under penalty of perjury, hereby state the following:

1. I am the President and Principal Officer of Teamsters Local Union No. 96 ("Union").

2. I have held this position since January 1, 2007. Prior to that time I was a member of the Union's Executive Board. I am fully aware of the facts and circumstances of this matter, including Arbitrator Arrigo's Supplemental Decision issued October 19, 2006 and this Court's December 26, 2006 Opinion and Order denying the Union's request for contempt against the Company for failing to comply with Arbitrator Arrigo's December 31, 2005 Arbitration Award.

3. I understand that the Court's December 26, 2006 Opinion and Order were based upon certain representations made by the Company to the Court after Arbitrator Arrigo issued his Supplemental Decision. Specifically, I understand that the Court relied on the Company's statement promising to "re-establish all the eliminated Inspector positions, [and both Inspector classifications], with traditional Inspector work." I also understand that the Court denied the Union's

contempt because the Court stated "that it was unaware of any further difficulties in terms of the implementation of the arbitrator's award."

4. Contrary to the representations made to the Court by the Company, Arbitrator Arrigo's December 31, 2005 Award has not been implemented. As of the date of this affidavit, the 28 Inspector positions remain unfilled and the bargaining unit work performed by individuals in these positions has not been returned to the bargaining unit.

I declare, under penalty of perjury, that the above statements are true and correct to the best of my knowledge and information.

Michael Hampton

Date 1-5-06

2