IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TEAMSTERS LOCAL UNION NUMBER 96, affiliated with the INTERNATIONAL BROTHERHOOD OF TEAMSTERS,**
2120 Bladensburg Rd., N.E., # 106
Washington, D.C. 20018

      Plaintiff,

v.            Case No. 1:06-cv-928 (ESH)

**WASHINGTON GAS LIGHT COMPANY,**
6801 Industrial Rd.
Springfield, VA 22151

      Defendant.

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Washington Gas Light Company ("Washington Gas" or "Defendant"), through undersigned counsel, hereby respectfully moves for an enlargement of time until January 22, 2007, in which to respond to the Motion for Reconsideration filed by Teamsters Local Union Number 96 ("Plaintiff' or "Local 96") on January 5, 2007. In support of this Motion, Washington Gas states as follows:

1. Washington Gas and Local 96 are presently engaged in negotiations to resolve and settle outstanding issues before the Courts. Michael Hampton, the President of Local 96 and Mark J. Krusec, the Director of Human Resources for Washington Gas, are currently and actively engaged in meaningful negotiations with the definitive expectation of reaching a settlement agreement by the date of the extension requested. An enlargement of time is

necessary in order to avoid the unnecessary expenditure of time and costs to this Court and to the litigants.

2. Local 96, via its counsel Mark Murphy, has consented to the enlargement of time.

3. This Motion is not interposed for delay, and will not affect the substantive rights of either party.

Based on the foregoing, Washington Gas requests that its Consent Motion for Enlargement of Time be granted and that it be given up and until January 22, 2007 to file its response to the Union's Motion for Reconsideration.

Respectfully submitted,

Robert L. Clayton (D.C. Bar No. 961474)
Karen L. Vossler (D.C. Bar No. 476522)
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, LLC
701 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Tel: 202-434-7300
Fax: 202-434-7400

*Counsel for Defendant Washington Gas Light Company*

Date:   January 18, 2007

WDC 395794v.1