IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TEAMSTERS LOCAL UNION NUMBER 96, affiliated with the INTERNATIONAL BROTHERHOOD OF TEAMSTERS,**
2120 Bladensburg Rd., N.E., # 106
Washington, D.C. 20018

          Plaintiff,

v.                                            Case No. 1:06-cv-928 (ESH)

**WASHINGTON GAS LIGHT COMPANY,**
6801 Industrial Rd.
Springfield, VA 22151

          Defendant.

## ORDER

Upon consideration of Defendant's Consent Motion For An Enlargement Of Time To File A Response To Plaintiff's Motion for Reconsideration, and any opposition thereto, it is hereby ORDERED on this _____ day of _____, 2007:

    1.    that Defendant's Motion is GRANTED; and

    2.    Defendant's Response Is DUE On January 22, 2007.

                                              **ELLEN SEGAL HUVELLE**
                                              United States District Judge

WDC 395795v.1