IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TEAMSTERS LOCAL UNION NUMBER 96, affiliated with the INTERNATIONAL BROTHERHOOD OF TEAMSTERS,**
2120 Bladensburg Rd., N.E., # 106
Washington, D.C. 20018

      Plaintiff,

**v.**     Case No. 1:06-cv-928 (ESH)

**WASHINGTON GAS LIGHT COMPANY,**
6801 Industrial Rd.
Springfield, VA 22151

      Defendant.

**ORDER**

Upon consideration of Defendant's Second Consent Motion For An Enlargement Of Time To File A Response To Plaintiff's Motion for Reconsideration, and any opposition thereto, it is hereby ORDERED on this _____ day of _____, 2007:

1. that Defendant's Motion is GRANTED; and

2. Defendant's Response Is DUE On January 24, 2007.

 

**ELLEN SEGAL HUVELLE**
United States District Judge

WDC 395878v.1