IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TEAMSTERS LOCAL UNION NO. 96 ,**<br><br>　　　　**Plaintiff,**<br>　v.<br><br>**WASHINGTON GAS LIGHT COMPANY,**<br>　　　　**Defendant.** | Case No. 06-CV-0928 (ESH) |

**NOTICE REGARDING MOTION
FOR RECONSIDERATION**

　　Plaintiff Teamsters Local Union No. 96 ("Union"), by its undersigned counsel, hereby files this Notice to advise the Court that the Union has determined to withdraw its pending motion for reconsideration. As a result of a Settlement Agreement entered into between the Union and the Company, the relief sought by the Union through its motion for reconsideration is no longer necessary. The parties have agreed to bear their own costs.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　Mark J. Murphy, Bar No. 453060
　　　　　　　　　　　　　　　　Marc L. Wilhite
　　　　　　　　　　　　　　　　Mooney, Green, Baker & Saindon, P.C.
　　　　　　　　　　　　　　　　1920 L Street, N.W., Suite 400
　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　(202) 783-0010
　　　　　　　　　　　　　　　　(202) 783-6088 - fax

　　　　　　　　　　　　　　　　Counsel for Teamsters Local Union No.96

Date:　January 23, 2007